**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION- TOLEDO**

| | | |
|---|---|---|
| John C. Moss., | ) | Case No. 3:10-CV-02055 |
| | ) | |
| Plaintiff, | ) | Judge Jack Zouhary |
| | ) | |
| -vs- | ) | **ENTRY OF APPEARANCE AS** |
| | ) | **COUNSEL FOR CSX** |
| CSX Transportation, Inc. | ) | **TRANSPORTATION, INC.** |
| | ) | |
| Defendant. | ) | |

\* \* \*

Rebecca E. Shope, of the firm of Shumaker, Loop & Kendrick, LLP, hereby gives notice of her entrance as co-counsel for Defendant, CSX Transportation, Inc., in the above-captioned case.

Respectfully Submitted,

*/s/ Rebecca E. Shope*
James R. Carnes  (0070005)
Rebecca E. Shope (0083942)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio  43604-5573
Telephone:    419.241.9000
Fax:             419.241.6894
Email:          jcarnes@slk-law.com
                    rshope@slk-law.com
Attorneys for Defendant,
CSX Transportation, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on this 5th day of December, 2011.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

  /s/ Rebecca E. Shope
James R. Carnes
Rebecca E. Shope
SHUMAKER, LOOP & KENDRICK, LLP

Attorneys for Defendant,
CSX Transportation, Inc.