IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John C Moss ,                                                                           Case No. 3:10-cv-2055

    Petitioner                                                                    ORDER

                                                                                                                                         JUDGE JACK ZOUHARY

CSX Transportation, Inc.,

    Respondent,

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff John C. Moss recover from the defendant CSX Transportation, Inc. the amount of $524,400.00.

IT IS SO ORDERED.

                                                                                        s/ *Jack Zouhary*
                                                                                        JACK ZOUHARY
                                                                                       U. S. DISTRICT JUDGE
                                                                                       December 19, 2011