```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF OHIO
 2                       WESTERN DIVISION

 3    JOHN C. MOSS,                 ) Docket No. 3:10CV2055

 4            Plaintiffs,           )  Toledo, Ohio

 5            v.                    )  December 8, 2011

 6    CSX TRANSPORTATION,           )  JURY TRIAL EXCERPT

 7            Defendants.           )

 8    ----------------------------

 9        TRANSCRIPT OF TESTIMONY OF DENNIS GATES, M.D.
                BEFORE THE HONORABLE JACK ZOUHARY
10                 UNITED STATES DISTRICT JUDGE

11    APPEARANCES:

12    For the Plaintiffs:    Richard A. Haydu
                             Hoey & Farina
13                           542 South Dearborn
                             Suite 200
14                           Chicago, Illinois 60605
                             (312) 939-1212
15

16

17    For the Defendant:    James R. Carnes
                            Shumaker, Loop & Kendrick
18                          1000 Jackson Street
                            Toledo, Ohio 43604
19                          (419) 241-9000

20

21    Court Reporter:       Angela D. Nixon, RPR, CRR
                            1716 Spielbusch Avenue
22                          Toledo, Ohio 43624
                            (419) 260-5259

23

24    Proceedings recorded by mechanical stenography, transcript

25    produced by notereading.
```

1          MR. HAYDU:  Your Honor, at this time we'd like to

2    call Dr. Dennis Gates.

3                         DENNIS GATES, M.D.

4    was herein, called as if upon examination, was first duly

5    sworn, as hereinafter certified, and said as follows:

6                         DIRECT EXAMINATION

7    BY MR. HAYDU:

8    Q.        Will you please state your name and spell your

9    last name for the record?

10   A.        Dennis Gates, G-A-T-E-S.

11   Q.        And what is your occupation or profession?

12   A.        I'm an orthopaedic surgeon.

13   Q.        And are you licensed to practice medicine?

14   A.        I am.

15   Q.        What state?

16   A.        Illinois.

17   Q.        Could you tell the jury what an orthopaedic

18   surgeon is?

19   A.        An orthopaedic surgeon is a physician who is

20   specializes in the skeletal system, bones and joints.  And

21   we deal with trauma, fractures, as well as arthritis and

22   anything dealing with joints or bones.

23   Q.        Doctor, I'm showing you what's been marked as

24   Exhibit Number 3.  Is this a true and accurate copy of your

25   current CV?

1   A.        It is.

2   Q.        Could we tell the jury a little bit about your

3   educational background and training?

4   A.        Okay.

5   Q.        Where did you go to medical school?

6   A.        Thank you for starting.  I went to medical school

7   at Loyola Stritch in Chicago, interned at Northwestern

8   University.  Then as a general practitioner I went into the

9   Peace Corp for two years.  Family medicine was our primary

10  care medicine.  Came back and did a year of general surgery

11  residency at Mercy Hospital.  Then went into orthopaedic

12  surgery, a residency at Northwestern for four years,

13  finishing up in '71.  That's it.

14  Q.        All right.  And are you on staff at any hospitals

15  currently?

16  A.        Two, Mercy Hospital in Chicago for the past 38

17  years and Rush Presbyterian St. Luke's University for the

18  past 26 years.

19  Q.        And do you perform surgery anymore?

20  A.        I don't.

21  Q.        Okay.  Could you explain?

22  A.        Well, actually 11 years ago I had an accident

23  myself at Rush University where I fell down a stairwell and

24  broke my neck so I never went back to surgery.  Although I

25  teach and really do it in my other curriculum when I work

1    overseas.

2    Q.      Could you tell the jury a little bit about your

3    involvement overseas, what you do?

4    A.      Well, for all my career, and especially the past

5    five years, we work overseas with a group called

6    Orthopaedics Overseas.  And I just got back last night at

7    10:00 from Haiti where we did surgery mainly assisting some

8    of the younger doctors on surgery.  And last year we were

9    there three times.  And we go other places where there's a

10   need, so we're generally there for a couple weeks.

11   Q.      Did you start going to Haiti after the

12   earthquake?

13   A.      Yes.

14   Q.      What kind of surgeries do you do over there in

15   Haiti?

16   A.      It's pretty basic.  If you remember the

17   newspaper, it was all amputations and crushes.  And now

18   it's revision of amputations and treating infections in

19   bones.

20   Q.      What other places do you go with your orthopaedic

21   group?

22   A.      Last June we were invited down to Guatemala.

23   I've been there twice.  And once to Ethiopia.  As the

24   requests come in, where there's a need, we go.  And for

25   years we were going to a small hospital in Brazil.

```
 1   Q.        Do you still see patients in the U.S.?

 2   A.        I do.  I have my same office on Archer Avenue.

 3   Q.        How long have you had that office?

 4   A.        30 years, 35 years.

 5   Q.        And when do you see patients and for what reason,

 6   what things --

 7   A.        I don't do surgery.  I still see regular

 8   patients.  Of course now a lot of my patients are getting

 9   old, so they come in for we call it consultation, they come

10   in for their standard aches and pains and to see if they

11   need surgery or how they can get away without having

12   surgery.  And yes, you're going to ask me, we see a lot of

13   back patients, lot of back pain.  It's probably the more

14   common thing.

15   Q.        That's what I was going to ask, is that the lion

16   share of people for back problem?

17   A.        Yes, that being lion share.

18   Q.        Okay.  Now, when you perform surgery, when's the

19   last time you actually did a back surgery?

20   A.        '85.

21   Q.        Okay.  And when you were practicing surgery, were

22   you a general orthopaedist, or did you have any

23   specialties?

24   A.        I was a general orthopaedist.

25   Q.        But you've also done spine surgeries?
```

```
1    A.        Yes.
2    Q.        Have you done a number of spine surgeries in your
3    career?
4    A.        Oh, yes.
5    Q.        You said you're on staff at some hospitals, which
6    hospitals again?
7    A.        Mercy.  Medium-sized hospital, south side of
8    Chicago, and then Rush Presbyterian, which is a big
9    university.
10   Q.        And do you have admitting privileges at those
11   hospitals?
12   A.        Yes.
13   Q.        Now, are you -- do you have any other involvement
14   with other facilities other than Mercy and Rush such as
15   Misericordia?
16   A.        Thank you, yes.  I'm the orthopaedic consultant
17   for Misericordia, which is a home for disabled children
18   which you all probably saw in the news this past week
19   because Sister Rosemary had this big fight with the mayor
20   about paying for water.  I don't know if you saw that.
21   Q.        All right.  And are you a member of any
22   fellowships on any other type of groups?
23   A.        Oh, yeah.  We, you know, like everybody, every
24   physician now you hear a whole list of things, but the
25   primary ones would be the American Academy of Orthopaedic
```

1   Surgery and our group called World Orthopaedic Concern and

2   American Medical Association and all those things.

3   Q.        Board certified?

4   A.        Yes, board certified back in '76 -- 5.

5   Q.        What's the significance of board certification?

6   A.        You take the exam.  It's a written examination,

7   an oral examination you take that for at least two years of

8   practice, and it -- it certifies that you have the

9   knowledge to do it.

10  Q.        Are some orthopaedic surgeons not board

11  certified?

12  A.        Today hardly any.  I mean, some of the old guys,

13  but no.

14  Q.        Now, Doctor, in addition to treating patients, do

15  you also perform work such as here today where you don't

16  treat a patient but you either look at records or see a

17  patient or both and formulate opinions?

18  A.        I do.

19  Q.        Okay.  And about what part of your business is

20  devoted to that?

21  A.        I do now.  We have about 30 to 40 percent is

22  devoted to legal reviews.

23  Q.        Okay.  And as far as that goes, have you been

24  retained by my firm on a number of occasions to review

25  the -- their clients?

```
1    A.       I have.

2    Q.       And are you -- who else retains you to make

3    reviews and opinions on medical issues?

4    A.       Just a few others, the majority is you guys, as

5    you know.  And you don't really want anybody else --

6    Q.       Did I ask you to review the records of a John

7    Moss in this matter?

8    A.       You did.

9    Q.       Did you author a report which contains your

10   opinions and conclusions along with the list of records

11   you've reviewed and the kind of a summary of the records?

12   A.       I did.

13   Q.       Showing you Exhibit Number 4, is that a current

14   and accurate copy of your report and records?

15   A.       It is.

16   Q.       Okay.

17   A.       You know, as it was slightly modified in my

18   deposition the four little things at the end.

19   Q.       Since your report was generated, you have

20   reviewed a few additional items --

21   A.       Yes.

22   Q.       -- that weren't available at the time of your

23   report?

24   A.       Yes.

25   Q.       Such as?
```

```
1    A.         I think there were four of them.  One was a

2    patient's deposition.  The other one was Dr. Hannallah's

3    deposition.

4    Q.         Hannallah?

5    A.         Hannallah, thank you.  Hannallah.  The defense's

6    expert's deposition -- or report.  And the last thing was a

7    visit in '06 which somehow was texting me while I was in

8    Haiti so I didn't see it actually, but I just got the text.

9    Q.         All right.  Any of those additions change your

10   opinions or anything?

11   A.         No.

12   Q.         Okay.  Let's -- let's -- in addition to what you

13   have mentioned, the material that you reviewed before,

14   since your report, what did you review looking at your

15   catalog of records, what did you review in preparation of

16   your report?

17   A.         You mean briefly read these?

18   Q.         Yes, could you read these, please?

19   A.         Medical records from Mercy Hospital of Willard,

20   Dr. Brandt, Dr. Hannallah, the rehabilitation, Novacare

21   Rehabilitation, Taylor Station Surgical Center, Apex

22   Counseling, Mercy Hospital of Tiffin, St. Charles Mercy

23   Hospital, Grant Medical Center, The Railroad Retirement

24   Board report.

25   Q.         Okay.  Did you also look -- I'm sorry, go ahead.
```

1   A.        The other four things I think we just mentioned.

2   Q.        Did you also review the actual MRI films of

3   Mr. Moss?

4   A.        I did.

5   Q.        Okay.  Now, when you look at the records, do you

6   catalog them and summarize them?

7   A.        Yes.

8   Q.        And do you have any assistance in, you know,

9   pulling the records together?

10  A.        Yes.

11  Q.        How is that done?

12  A.        I have my secretary of 38 years who puts these --

13  who truly believes she's my mother but she's not.  Anyway,

14  she organizes them, and she creates the outline for this

15  chronology, and she fills in all the straight-forward

16  reports like x-ray reports and emergency room visits, and I

17  review the records and I dictate what she adds to it, so it

18  sort of puts it together.

19  Q.        All right.  Did you also review, I know you

20  talked about a 2006 emergency room visit, did you also

21  review pre-accident medical records on Mr. Moss?

22  A.        Yes.  They were actually included in that report.

23  Q.        Okay.  Now, did you review the accident records

24  of Mr. Moss since this injury, since this incident?

25  A.        Did I review the accident --

1  Q.        I'm sorry, I misspoke.  Did you review the

2  medical records of Mr. Moss, of Dr. Hannallah and

3  Dr. Brandt since this injury?

4  A.        Yes.

5  Q.        What was your understanding of the sequence of

6  medical treatment Mr. -- well, strike that.

7            After a review of all the records, did you come

8  to a diagnosis of Mr. Moss' condition?

9  A.        I did.

10 Q.        Okay.  Did you examine Mr. Moss?

11 A.        I did not.

12 Q.        Well, wouldn't you think it would be prudent to

13 examine a person whose medical condition you're opining on?

14 A.        Yeah, usually I do.  But if they're from out of

15 town and if -- we'll have them come in town if necessary.

16 But this one was simply so straight forward and the records

17 were so clear, except for Dr. Brandt's which we couldn't

18 read.

19 Q.        Couldn't read his handwriting?

20 A.        All the other reports and records were sort of

21 straight forward so I did not request that we see him.

22 Q.        All right.  What was your diagnosis of Mr. Moss

23 after review of all the records?

24 A.        We had basically five diagnosis, and just to

25 clarify again on my report there are four, but at the

1    deposition we separated them out to five.

2            Number one was chronic low back pain secondary to

3    the aggravation of the degenerative disc disease.

4            Number two is right radicular symptoms just like

5    sciatica, secondary to the herniated disc at L4-L5.

6            Number three was cervical strain, neck strain.

7    Number four was the strain -- sorry.  Cervical strain, neck

8    strain resolved.

9            Number four was the strain or conclusion of the

10   left shoulder resolved.

11           And number five was post traumatic stress

12   disorder controlled.

13   Q.      Now, as an orthopaedic surgeon, strike that.

14           In your review of records to review the post

15   traumatic stress disorder, did you review the records of

16   a -- we call it Dr. -- Mr. Bastin of Apex Counseling?

17   A.      Yes.

18   Q.      And as an orthopaedic surgeon, are you involved

19   in your treatment of patients who sometimes present

20   themselves with post traumatic stress disorder or other

21   psychological malates from their accident?

22   A.      I do.  I won't treat them, but I've dealt with

23   them a lot, Vietnam we saw hundreds.  And then there's the

24   trauma -- I mean, you're a trauma surgeon so you see a lot,

25   but then I refer them.

```
1   Q.        So that's something that you do, recognize and
2   have to deal with in your practice as an orthopaedic
3   surgeon?
4   A.        Oh, yes.
5   Q.        Now, Doctor, were those diagnoses, in your
6   opinion, caused in whole or in part by this railroad
7   accident?
8   A.        I thought so, yes.
9   Q.        Okay.  Now, lets talk about the MRI that you
10  reviewed.
11  A.        Okay.
12  Q.        What did it show?
13  A.        It showed two things, mainly it showed a
14  herniated disc at the L4-L5 level.
15  Q.        Doctor, I'm going to show you a model of two
16  vertebrae, and if you could ask, or if you could explain to
17  the jury what you're talking about?
18  A.        Could I start with the big one first?
19  Q.        Sure.
20  A.        Can you guys see this all right?  This is just
21  the shortcut over here, and you've got the lumbar
22  vertebrae, neck and the chest.  And so we're dealing just
23  down low with the, we number them, this is one, two, three,
24  four, and then we start again, S with the sacrum.  That's
25  why the word dealing mainly with this one over here, the
```

1    fourth and the fifth.  Okay.

2            I'm sorry, what do you want me to show them?

3    Q.        You mentioned a herniated disc.  Can you explain

4    what a disc is, how it works and what a herniation is?

5    A.        Basically you see a model, and a disc is like a

6    gasket in an engine.  It's a spacer between the two bones.

7    And this model is really very, very good, because you can,

8    if you feel this, you can feel this hard bone, and this is

9    a firm rubbery thing.  It's sort of like the heavy vinyl on

10   the seat that you're sitting on.  And a herniated disc is

11   when the outer rim of this thing, we have a name called for

12   it called the annulus.  This annular breaks, ruptures, and

13   the disc material that was inside then herniates out.

14   Q.        Are there different degrees of problems with the

15   disc?

16   A.        Sure.

17   Q.        There's a normal disc?

18   A.        There's a normal disc.

19   Q.        What's the next step up?

20   A.        Different words get -- but basically you have a

21   bulging disc where it's just pushing out a little bit.

22   Then you can have a -- then we've got to go to herniation.

23   There's another word you're looking for.

24   Q.        Okay.  And then after herniation, what's an

25   extruded disc?

```
 1   A.         I'm sorry, thank you.  So it bulges a little bit,
 2   or bulges a lot, and then it herniates and sticks out and
 3   presses against a nerve, and it becomes -- when it becomes
 4   extruded, when this thing that's sticking out here breaks
 5   off and moves down into the canal, it's not floating, but
 6   it moves down and it's stuck in the canal.  And the canal
 7   is this space over here.  If you have loose fragment or
 8   extruded, it's stuck over here and it causes pain because
 9   it's pressing against the nerves.  It's really very simple
10   when you see it like that.
11   Q.         Does that also cause what we've heard today
12   radicular symptoms?
13   A.         Yes.
14   Q.         Now, is a disc that's actually extruded, is that
15   something that's a long-standing finding that someone would
16   walk around with an extruded disc for years?
17   A.         Not really likely.  I mean, it hurts.  Extruded
18   disc comes out, there you can see where it's pressing
19   against the nerve.  I mean, that hurts.
20   Q.         Okay.  Let's talk about the MRI that you
21   reviewed, what did it show?
22   A.         That was the main thing, it showed the extruded,
23   herniated disc.  Hold on one second.
24              And then the second level, the fifth and the
25   first level it showed a bulging disc, okay.  And thirdly,
```

```
 1   it showed some mild, or one report said some moderate
 2   arthritis.  We also use the term degenerated disc.
 3   Q.       Okay.  Now, let me ask you this, does a
 4   herniation of a disc degenerate the disc?  How would you
 5   define degeneration?
 6   A.       Obviously it's sort of like a tire on a car.  If
 7   you scrape off a piece of the rubber, tire's still there
 8   but it's not as good so we call that degeneration.  Yes.
 9   Q.       Now, in your review of the records, did Mr. Moss,
10   had he had treatments prior to this accident for
11   degenerative problems with his discs?
12   A.       No, not really.
13   Q.       He had been to the doctor a few times?
14   A.       Yeah, there were -- there were two records in the
15   past ten years where he had some back pain, and both were
16   after doing something, really a back strain.  But he never
17   really had x-rays, he never had an MRI, never had anything.
18   Q.       Okay.  Now, if you look at your records, you
19   review the 6-2-08 x-rays of his lumbar spine taken about
20   two months after the accident?
21   A.       Yes.
22   Q.       Do you see where you've looked at those?
23   A.       I do -- I did.
24   Q.       What do they indicate to you?
25   A.       It basically showed some -- the actual report
```

1   said decreased disc space in the L5-S1 level.

2   Q.        Can we show the jury what we're talking about and

3   what that means?

4   A.        Okay.  So you see the disc is here, but on the

5   x-ray when you look at an x-ray you don't see the disc at

6   all.  All you see is the bone, okay, and we have a space

7   between there.  So the disc itself down at this level was

8   narrowed.  That's all.

9   Q.        Okay.

10  A.        And then -- and then on the edges when it starts

11  narrowing down you've got little creases in the edges of

12  the bone.

13  Q.        And is that necessarily a finding that would

14  always cause symptoms?

15  A.        Is that a finding that would cause symptoms, no

16  no.  You can -- you see that on, I mean, if you took x-rays

17  of everybody here, probably 30 percent would have some of

18  that after they --

19  Q.        So can people have that identical x-ray and not

20  have any problems with their back?

21  A.        Yes.

22  Q.        Now, if you look at the July 3rd, 2008 review of

23  the lumbar MRI, did you also -- did you review not only the

24  actual films themselves but the radiologist report?

25  A.        Yes.

1    Q.          Okay.  And what did the radiologist indicate was

2    at issue with the MRI?

3    A.          Well, his report is actually written down right

4    there in my chronology.  He says a right sided extruded or

5    free disc fragment, which we just talked about, and it's

6    already moved down to the next level.  It's extending from

7    the L4-5, which we pointed out on the right, causing mild

8    compression on the far right side of the thecal sac.  It's

9    just the spinal cord or the sac that contains the spinal

10   cord.  And marked effacement, that's pressing in, pushing

11   in, of the right lateral recess.  That's just the space

12   where the nerve root goes out down the leg.

13            And then number two it says moderate degenerative

14   disc disease at the lower level, L5-1 with moderate bulging

15   causing mild compression of the thecal sac.

16   Q.          Okay.  Now, did you review Dr. Hannallah's

17   treatment of Mr. Moss?

18   A.          I did.

19   Q.          Okay.  After the lumbar MRI, if you look on page

20   4 of your -- or page 2 of your report, of your

21   chronological summary, what did Dr. Hannallah do?

22   A.          Well, on July 9th of '08, that was after the MRI,

23   and he sent him to physical therapy.  He discussed possible

24   ESI's, that's the epidural injections of steroid, which he

25   does have eventually.  And stenosis, he discussed surgery,

1    but decided he was not a candidate at that time.

2    Q.        All right.  Now, moving forward, did Mr. Moss

3    attempt to return to work at some point?

4    A.        He did.

5    Q.        How did that go?

6    A.        Well, he went back to work and he lasted, I

7    think, a month, and the changes got bad, so he went back to

8    Dr. Hannallah.

9    Q.        Is that something you've seen in the practice of

10   orthopaedic surgery where you release a patient to try to

11   go back to work and see if he can do it?

12   A.        Oh, sure.  It's usually the good patients want to

13   go back and try.

14   Q.        Sometimes it works, sometimes it doesn't?

15   A.        Correct.  Yes, it's a trial.

16   Q.        Is that fairly common in the practice of

17   orthopaedic surgery to attempt to let somebody go back to

18   work if they want to?

19   A.        Yes.  Yes.

20   Q.        Now, moving ahead to November 18th on page 3 of

21   your report, what was done at that point?

22   A.        Well, Dr. Hannallah saw him a number of times and

23   then he sent him to get these two injections of his spine,

24   which were done by someone else at the surgery center.

25   Q.        All right.  Could you explain to the jury what a

1   lumbar epidural steroid injection is intended to do, how it

2   works and where it's done?

3   A.        Well, first I'll tell you it's really a magical

4   thing and it works.  It helps so often.  But basically

5   you've seen the disc over here in and the space, so the

6   problem is the disc is out and it's pressing against the

7   nerve, and it's almost like when you have something in your

8   shoe.  If you have a little stone in your shoe, it starts

9   rubbing and rubbing and rubbing.  Well, that portion of the

10  skin becomes inflamed.  So everything around here becomes

11  inflamed.

12            So we take a needle, a long needle and comes in

13  from wherever they're going to do it from, the side, and

14  you inject steroid, cortisone.  You've all heard of

15  cortisone cream.  It's really the same darn thing.  And if

16  you do it right, you need a big x-ray machine to get the

17  needle right there, inject the cortisone, and then that

18  will decrease the swelling and the irritation over the next

19  four or five days, and hopefully it will last for a long

20  time.

21  Q.        Does it work on some people and not work on

22  others?

23  A.        It does.  And many times it gives you relief for

24  a year, two years, three years.

25  Q.        Do some people get temporary relief of a month or

```
1   so?

2   A.        Yes.

3   Q.        How many epidurals did Mr. Moss have?

4   A.        He got two of them, and they were done a month

5   apart.

6   Q.        Now, did you review Dr. Hannallah's records with

7   respect to his work restrictions on Mr. Moss?

8   A.        I did.

9   Q.        Showing you page --

10  A.        You're talking about those three forms?

11  Q.        If you can look on the screen in front of you, it

12  might be quicker.  You have a little TV.  It's a high-tech

13  courtroom.

14  A.        Cool.

15  Q.        Showing you what's been marked as page 16 of

16  Exhibit Number 1.  Dr. Hannallah's restrictions dated

17  2-3-09, what were those?

18  A.        He said that he could go back to work as of

19  January 31st with avoiding heavy lifting more than

20  20 pounds, I think it says -- more than 20 pounds and no

21  twisting.

22  Q.        Okay.  And also in the records that you reviewed,

23  did you see his January 28th letter to Mr. Moss, page 14 of

24  Exhibit 1, where he indicates, I would recommend that you

25  try to avoid any type of heavy lifting, lifting more than
```

1   20 pounds and/or twisting, as I think these can aggravate

2   your back?

3   A.        Yes.

4   Q.        Do you agree with those restrictions?

5   A.        I do.

6   Q.        Could you tell the jury why?

7   A.        Well, they're sort of straight forward.  You have

8   a herniated disc -- yes, you've got some degenerative disc

9   disease which he had before, okay.  But then this disc

10  herniates out so now you're missing a portion of the disc

11  so you've got further degeneration.  And there's still

12  material in there.  So the idea is to prevent something

13  else from happening as well as to decrease the symptoms.

14  Q.        Is a -- is a disc that is herniated that has

15  herniated already more susceptible to injury than a disc

16  that has not had a herniation?

17  A.        Yes.

18  Q.        Could you explain?

19  A.        I think I sort of just did.  You've got this

20  round disc and a portion bulges out so this whole thing is

21  injured.  It's already been degenerated.  But now we don't

22  have enough of the material inside.  And yes, someone can

23  say, well, you're losing that material normally through

24  aging.  And that's true, but we've got a big disc out so

25  there's more.  But the other thing, too, is you know when

1   you have -- when you have this disc and you got a good blow

2   like being knocked with this railroad thing that causes a

3   force, it's like a -- if you're on a motorcycle and you

4   suddenly hit a big thing like this, you will feel that in

5   your spine and that does a little damage.

6   Q.        Now, as a treating physician, do you have a

7   different relationship to patients than just reviewing

8   records or doing a forensic legal medical exam?

9   A.        Well, sure.  Do I have a different relationship?

10  Sure.  I don't have a formal relationship with the patient.

11  Q.        As a doctor, when you're treating someone, do you

12  have a medical duty to prescribe -- or standard of care for

13  a doctor to prescribe restrictions that are not going to be

14  harmful to the patient?

15  A.        Well, sure.  But frankly, that way it's not

16  really -- we have an obligation to -- to treat the patient,

17  and the treatment involves telling him what not to do.  If

18  you have a heart attack I'm going to tell you to stop

19  eating fatty foods.  That's part of the treatment.

20  Q.        If you have a herniated disc and disk bulging

21  from an accident on the railroad, what do you tell the

22  people?

23  A.        I'm going to tell them don't do anything that

24  causes a pounding, you don't want any vibrations, you don't

25  want a blow.  You don't want to carry something heavy

```
 1   because the thing --
 2   Q.        We talked about -- let's look at your page 2 of
 3   your opinion report as far as the return to work capability
 4   of Mr. Moss.  What's your opinion with respect to returning
 5   to any job requiring any heavy lifting or climbing?
 6   A.        It's just like his treating surgeon said, it's
 7   the same thing.  He really should not go back to any job
 8   requiring heavy weights, climbing, twisting or any kind of
 9   vibrations.
10   Q.        Does the fact that an individual attempts to go
11   back to work, does that help you, as a physician, see
12   whether or not that's a suitable job for him if he has
13   problems doing the job?
14   A.        Well, sure.
15   Q.        Now, we talked about vibrations.  What -- what
16   does vibrations play with respect to your concerns with
17   Mr. Moss?
18   A.        Further degeneration of the disc and causes
19   aggravation of the symptoms.
20   Q.        Do you think Mr. Moss would be eligible to return
21   to his job as a locomotive engineer?
22   A.        I don't think so.
23   Q.        Do your opinions, based on a reasonable degree of
24   medical and surgical certainty, were the symptoms Mr. Moss
25   experienced and described to his doctors caused in whole or
```

1   in part by the railroad accident of April 7th, 2008?

2   A.        Yes.  I said yes, they are.

3   Q.        To a reasonable degree of medical certainty --

4   strike that.

5            Can trauma -- we've talked about Mr. Moss had

6   some degenerative changes in his spine before this

7   accident.  Can trauma cause asymptomatic degenerative

8   changes or intermittently symptomatic degenerative changes

9   in the spine to become worse?

10  A.        Well, sure.

11  Q.        How's that work?  How does that work?

12  A.        Sort of straight forward.  But we -- number one,

13  we don't routinely get x-rays and MRIs of patients, so you

14  don't know a lot.  But people, when we see x-rays, we see,

15  hey, they are symptoms, you get an x-ray of a back for

16  something else, abdominal problem, uterine tumor, and you

17  see they've got degenerative disc disease.  Sometimes

18  they're moderate and have no symptoms.  Then something

19  happens, a fall, a fall down the stairs, a man bending over

20  shaving puts a tremendous strain on his spine, riding on a

21  old Harley with no shock absorbers will do it, falling on

22  ice is the common cause for an elderly person to suddenly

23  get symptoms from a degenerative disc.  Did I answer that?

24  Q.        I think so.  Do you believe Mr. Moss' condition

25  is permanent at this point?

1  A.       Oh, sure, absolutely.

2  Q.       Now, I'd like to just to run through outside of

3  the disc area.  You reviewed the counseling records from

4  Dr. Bastin or Mr. Bastin?

5  A.       I did.

6  Q.       And in general, looking at the 5-20-08 report

7  that you indicated, what was he experiencing at this point?

8  A.       Hold on one second, 5-20-08.

9  Q.       I think it's page one of your chronological

10  summary.

11  A.       Right.  I've got it.

12         MR. CARNES:  Your Honor, I'm going to object.  I

13  mean, I think we're getting outside the area of his

14  expertise as an orthopaedic surgeon.

15         MR. HAYDU:  May I respond?

16         THE COURT:  You may.  Why don't we do it up here

17  at side bar.

18              (A side bar conference was had off the

19              record.)

20         THE COURT:  Why don't we rephrase or restart,

21  please.

22  BY MR. HAYDU:

23  Q.       Doctor, looking at the May 20th, '08 counseling

24  record of Mr. Bastin, the counselor, what was Mr. Moss

25  discussing with the counselor at that point?

1  A.        He was discussing -- well, as Dr. Bastin said,

2  his post traumatic stress disorder or the fact that he had

3  anxiety flashbacks of an accident, fear, uneasiness and so

4  forth.  All that occurred with his head-on collision.

5  Q.        Looking at page 2 of your chronological summary,

6  the 5-20-08 notes, what was Mr. Bastin discussing with

7  Mr. Moss at that point?

8  A.        Basically the same thing.  He continued with the

9  same physical complaints, complaints, mixed emotions about

10 work, but he wanted to get back to work and continue

11 another five years.

12 Q.        Okay.  And on the October 25th, '08 note from

13 Dr. -- or from Mr. Bastin, what were they discussing, and

14 what was Mr. Bastin looking at with Mr. Moss down at the

15 bottom of page 2?

16 A.        Yeah, I've got it over there.  Basically he said

17 the symptoms of the back were due to occupational

18 stressors, unrational (sic) fear of injury.

19 Q.        I'm sorry, could I interrupt you.  What do you

20 have down there on your first sentence?

21 A.        I've got unrational (sic) fear.

22 Q.        You indicate the symptoms back due to

23 occupational stressors?

24 A.        Right.

25 Q.        Please continue.

1   A.       So the symptoms are returned due to occupational

2   stresses means he's got back pain again because of what he

3   was doing at work.  Took me a while to figure that sentence

4   out by the way.

5   Q.       Please continue.

6   A.       Then the unrational (sic)  Or irrational fear of

7   injury, which is sort of the definition of traumatic stress

8   disorder, is not purely rational.

9   Q.       What did Mr. Bastin think this was giving rise

10  to?

11  A.       Stress, anxiety and depression.

12           MR. HAYDU:  I have no further questions.  Thank

13  you.

14  BY MR. HAYDU:

15  Q.       Just so we're clear on the record, you're not

16  making a diagnosis yourself of post traumatic stress

17  disorder, are you, Doctor?

18  A.       No.

19  Q.       Thank you.

20           THE COURT:  Cross examine?

21           MR. CARNES:  Thank you.

22                       CROSS EXAMINATION

23  BY MR. CARNES:

24  Q.       Good morning, Dr. Gates.

25  A.       Good morning.

1   Q.       My name's Jamie Carnes.  I represent CSX.  We've

2   never met before, but we've spoken a few times on the

3   phone.

4   A.       Yes.

5   Q.       And just so I'm clear, you are not -- you're an

6   orthopaedic surgeon?

7   A.       Yes.

8   Q.       You are not a current -- you don't currently

9   perform surgeries?

10  A.       Right.

11  Q.       You haven't performed a back surgery since 1985?

12  A.       Right.

13  Q.       You haven't performed any kind of surgery in over

14  a decade?

15  A.       Well, not here in the U.S.  We do the basic stuff

16  overseas.

17  Q.       Yeah, and I'm always confused on this.  You're --

18  you're not able to perform surgery in the United States but

19  you can perform them overseas?

20  A.       Essentially, yes.

21  Q.       Okay.  So if I wanted to have you perform

22  surgery, we could do it in Brazil or Haiti, but we could

23  not do it within the confines of the United States?

24  A.       You wouldn't want me to do it in Haiti, but

25  essentially, yes.

```
 1   Q.        Okay.  And your current practice is divided into

 2   two parts, essentially seeing patients and giving expert

 3   testimony in cases like this?

 4   A.        And doing these overseas things and the

 5   organization from that.  And I'm sorry --

 6   Q.        Go on.

 7   A.        My fourth thing is I do workshops unrelated to --

 8   health workshops unrelated to orthopedics.

 9   Q.        I talked to you about a year ago and you told me

10   it was 50/50 between seeing patients and working as an

11   expert for lawyers.

12   A.        Okay.

13   Q.        And you testified a couple weeks ago, or I'm

14   sorry, a couple months ago, that you -- about 40 percent of

15   your income comes from testifying in lawsuits.

16   A.        Yes.

17   Q.        And of the lawsuits you testify in, fair to say

18   you always testify on behalf of the plaintiff?

19   A.        Yeah, nowadays it's all plaintiff.  Defense

20   doesn't want me anymore.

21   Q.        And the overwhelming majority of cases in which

22   you testify all come from Mr. Haydu's law firm?

23   A.        Yes, well, I said -- 50 percent come from --

24   Q.        It's actually more than 70 percent, isn't it?

25   You gave a case list in this case in cases which you've
```

1   testified over the last four years, correct?

2   A.      Yes.

3   Q.      And I counted up 72 cases in which you've

4   testified in the last four years.  And of those 72, 50 of

5   them came from --

6   A.      Oh, yes.

7   Q.      Something from the Hoey Farina law firm?

8   A.      Yes, I was referring to the total cases I

9   reviewed.  But -- yes, for testifying most -- the majority

10  are from Haydu.

11  Q.      Yes.  So about 40 percent of your income comes

12  from testifying and about 75 percent of that income comes

13  from Mr. Haydu's law firm?

14  A.      Yeah.

15  Q.      And in each one --

16  A.      Strictly speaking no, because the other cases I

17  do, so many of them never come to testify.  I decline them.

18  I still get paid for reviewing them, but they're not on the

19  report.

20  Q.      The cases which you testified --

21  A.      Yes.

22  Q.      -- 77 percent of your income comes from

23  Mr. Haydu's law firm?

24  A.      Yes.

25  Q.      In all -- that includes this case so it would

1   actually be 51 cases out of 73?

2   A.        Okay.  Yes.

3   Q.        And in all those cases, you always find that the

4   plaintiff -- that Mr. Haydu's client has an injury caused

5   by whoever they're suing, right?

6   A.        Well, yeah, that's the purpose of the lawsuit.

7   Q.        Right.

8   A.        And the ones that I decline, you know, they don't

9   pursue.

10  Q.        And your job is to give an opinion that whoever

11  the defendant is in the lawsuit has caused the plaintiff's

12  injury?

13  A.        Yes, strictly speaking, yes.

14  Q.        Yeah.  And this is --

15  A.        No, no, no.  My job is to review the case and see

16  if I agree with this or not and then to explain it.

17  Q.        And in every case you've testified, you found

18  that Mr. Haydu's -- or Mr. Haydu's law firm's client has an

19  injury caused by whoever they're suing?

20  A.        Sure.  Yes.

21  Q.        And this isn't the first time you've testified

22  against a railroad?

23  A.        No.

24  Q.        The majority of your lawsuits or the cases in

25  which you testify are against railroads?

```
 1   A.        Yes.

 2   Q.        And this isn't the first time you've testified

 3   against CSX, correct?

 4   A.        Correct.

 5   Q.        In fact, this is the third time at least you've

 6   given -- you've given trial testimony against CSX in the

 7   past month or two?

 8   A.        Yes.

 9   Q.        And today isn't even the first time you've

10   testified against CSX on behalf of Mr. Haydu's law firm

11   this week, is it?  You gave --

12   A.        It is --

13   Q.        You gave trial testimony by video in a case

14   called Thompson versus CSX that went to trial this week,

15   correct?

16   A.        We actually did the video a few weeks ago before

17   I went to Haiti.

18   Q.        The trial was this week, and then they played

19   that video -- the trial was this week where they replayed

20   your testimony, correct?

21   A.        Okay.  I didn't realize that.

22   Q.        And the other part, you mentioned some workshops.

23   The other part of your --

24   A.        Life.

25   Q.        -- your practice, you've described it as the
```

1    practice of integrated medicine?

2    A.       Yes.

3    Q.       And you've described yourself as advising on

4    optimum health advice?

5    A.       Yes.

6    Q.       As it applies to your orthopaedic condition?

7    A.       Yes.

8    Q.       And what that means is, I think you told me

9    before, that's the blending of standard western medicine

10   with alternative medicine?

11   A.       Yes.

12   Q.       And your current practice involves doing things

13   like giving diet and health advice?

14   A.       Yes.

15   Q.       And acupuncture?

16   A.       Yes.

17   Q.       Hypnosis?

18   A.       Yes.

19   Q.       And these aren't the standard things an

20   orthopaedic surgeon does, fair to say?

21   A.       That's absolutely true.

22   Q.       And you perform hypnosis on patients?

23   A.       Well, no, not formally.  I've done hypnosis

24   through my hobby.  I've done hypnosis for years, mainly of

25   children.

1   Q.        You've testified before that you do hypnosis on

2   patients?

3   A.        Yes.

4   Q.        And hypnosis would not be something you've

5   learned in medical school?

6   A.        No way.  No.

7   Q.        Where did you learn hypnosis?

8   A.        Out in California at a place called the Esalen

9   Institute.

10  Q.        What is the Esalen Institute?

11  A.        It's an alternative learning institution in

12  California, and I teach out there once a year.

13  Q.        Is it also clothing optional?

14  A.        Pardon?

15  Q.        Is it also clothing optional?

16  A.        Absolutely not.  They have hot tubs which are

17  clothing optional.

18  Q.        Mr. Moss, who you're giving opinions regarding,

19  you have never met him before today, correct?

20  A.        Met Mr. Moss?

21  Q.        Yes.

22  A.        No, met him today.

23  Q.        And never spoke with him on the phone?

24  A.        No.

25  Q.        Never physically examined him?

```
 1   A.        No.

 2   Q.        Never talked to him about his history?

 3   A.        No.

 4   Q.        What you did was a record's review?

 5   A.        Correct.

 6   Q.        And fair to say -- well, let me ask you about

 7   your record's review.  After reviewing those records, you

 8   came to a couple opinions which we went through.  And first

 9   I want to ask you about the herniated disc.  You mentioned

10   he had some extruded -- or a herniated disc with extruded

11   disc material, correct?

12   A.        Yes.

13   Q.        And the symptoms you would expect from the

14   herniated disc like that would be, in his case, right-sided

15   radicular pain?

16   A.        Say that again.

17   Q.        When someone has a herniated disc, the symptoms

18   you would expect would be right sided -- he had a herniated

19   disc on his right side, correct?

20   A.        Correct.

21   Q.        So what you would expect from that kind of

22   condition is right-sided radicular pain, correct?

23   A.        Yes.

24   Q.        If someone has right-sided radicular pain, that's

25   a sign they would have a herniated disc?
```

```
 1   A.        Yes.
 2   Q.        And you're assuming in this case that Mr. Moss --
 3   well, you have an opinion in this case Mr. Moss' herniated
 4   disc was caused by the accident in April of 2008, correct?
 5   A.        Yes.
 6   Q.        And the reason you have that opinion is because
 7   you believe that there was no radicular symptoms prior to
 8   April of 2008, correct?
 9   A.        Yes.
10   Q.        And in fact, sir, you have not reviewed any
11   records which indicate radicular pain prior to 2008?
12   A.        Correct.
13   Q.        I'm going to show you what's been marked as
14   Exhibit 19, and this is -- this is probably the record you
15   said you got texted to you, but this is the 9-30-2006
16   emergency report record.  Can you see that okay?
17   A.        I do.
18   Q.        And I'll zoom in a little bit.  And that record
19   notes that the patient was having persistent pain in the
20   low back radiating to the right buttock associated with
21   parathesis in the right foot.  Do you see that?
22   A.        I see it.
23   Q.        And that would be a symptom of a herniated disc,
24   correct?
25   A.        Yes, could be.
```

```
 1    Q.        Yes.  And I know you mentioned Dr. Brandt's

 2    records were illegible.

 3    A.        Yes.

 4    Q.        And in fact, nobody's been able to read

 5    Dr. Brandt's records.  Have you read -- have you -- we

 6    heard Dr. Brandt testify this morning.  Have you read his

 7    deposition testimony?

 8    A.        I did not.

 9    Q.        Were you aware of the fact that in 2004 Mr. Moss

10    had treated with Dr. Brandt for pain that radiates down

11    into his right leg?

12    A.        Yes.

13    Q.        You were aware of that?

14    A.        Yeah.  You're going to ask me why.  No, I did not

15    have that one.

16    Q.        No.  And you did not have the fact that in 2006

17    he had treated with Dr. Brandt for right-sided radicular

18    pain either, correct, Doctor?

19    A.        Correct.  Correct.  Got that one last week.

20    Q.        And so what we know now is that there are several

21    records which indicate Mr. Moss was having right-sided

22    radicular pain two to four years prior to the accident,

23    correct?

24    A.        Yes.

25    Q.        And that would be a sign he had a herniated disc
```

```
 1   two to four years prior to the accident, correct?
 2   A.        Well, one thing in causing a herniated disc, yes.
 3   Q.        And so in fact, it would be fair to assume since
 4   he's having right-sided radicular pain two to four days
 5   prior to the accident, that he likely had something
 6   impinging on his nerve two to four years prior to the
 7   accident such as a herniated disc, correct?
 8   A.        It could be at the time, but then it went away.
 9   Q.        The herniated disc could have gone away?
10   A.        Oh, sure.
11   Q.        Or it could be the same herniated disc?
12   A.        I don't think so.
13   Q.        Why is that?
14   A.        You can't really work with a herniated disc.  I
15   mean, a herniated disc is pain.  So he goes to the
16   emergency room, and that's what people do.
17   Q.        Well, I asked you --
18   A.        And we used to operate on these right away, now
19   we know that if you leave them alone they regress until the
20   disc shoots out all the way and extrudes.
21   Q.        Well, I asked you that, Doctor, in your
22   deposition.  Do you recall giving a deposition?
23   A.        I do.  I just finished reading it again.
24   Q.        And I asked you if someone who has a herniated
25   disc that's symptomatic would be able to go back to work,
```

1    and you said you thought they could?

2    A.        Oh, I think it's the same thing that Mr. Haydu

3    was saying, that, yeah.

4    Q.        Someone can work with a herniated disc, correct?

5    A.        This is a matter of semantics.  You can't work

6    with a herniated disc unless it resolves.  It's just too

7    painful; although if you really have to work on a job, you

8    can really overcome anything, I guess.

9    Q.        Let me just show you your testimony, sir.

10   A.        Yes.  Oh, I remember it.

11   Q.        I asked you, is it your opinion in all cases

12   someone with a herniated disc that's symptomatic or

13   degenerative disc disease that's symptomatic would be

14   disabled from working as a locomotive engineer.  Your

15   answer was, no, I think many can go back.

16             Did I read that correctly?

17   A.        Yeah.  Hold on one second.

18             MR. HAYDU:  Your Honor?

19             THE COURT:  Yeah.

20             MR. HAYDU:  Could I approach, please?

21             THE COURT:  You may.

22             THE WITNESS:  What page was that?

23             MR. CARNES:  Fifty.

24                  (A side bar conference was had off the

25                  record.)

```
 1   BY MR. CARNES:

 2   Q.        My question was did I read that testimony

 3   correctly?  Did you have a chance to look at it?

 4   A.        I did.

 5   Q.        Did I read it correctly?

 6   A.        You did.

 7   Q.        And just so we're clear, your reasoning for --

 8   your reason for opining -- what you testified before is

 9   your reason for opining his herniated disc was caused by

10   the accident was the lack of radicular symptoms prior to

11   April of 2008, correct?

12   A.        Yeah, that was -- that was one reason, yes.  That

13   was the main reason.

14   Q.        That was the main reason, and that has turned out

15   to be incorrect based on records we've seen, since that

16   date he has had radicular symptoms prior to April of 2008?

17   A.        He has, yes.

18   Q.        Now, the other thing he has is degenerative disc

19   disease?

20   A.        Yes.

21   Q.        And everybody has that to some extent, correct,

22   or they will have it?

23   A.        Little exaggeration, but, yes.

24   Q.        We're all going to get it at some point in some

25   form or another?
```

1  A.          Okay.  You can say that.

2  Q.          As we age the moisture content in your discs

3  starts to reduce, right?

4  A.          Yes.

5  Q.          And certainly what we've seen on the degenerative

6  disc disease, you've seen on films and MRIs wouldn't be

7  unusual for a man Mr. Moss' age, correct?

8  A.          Correct, he does have it.

9  Q.          And you have no doubt that the degenerative disc

10  disease pre-existed the accident date?

11  A.          Correct.

12  Q.          And you agree that the degenerative disc disease

13  is what's causing his current back symptoms?

14  A.          Yes.

15  Q.          And getting back to the radicular symptoms, I

16  want to be clear on this, from your review of the records,

17  the radicular symptoms I think you said were resolved,

18  correct?

19  A.          Yes.

20  Q.          So by the end --

21  A.          I'm sorry, ask that again.

22  Q.          I think your opinion number two was that he had

23  radicular symptoms for a herniated disc that have since

24  resolved?

25  A.          No, I think that was the neck -- oh, I'm sorry,

1   you're right.

2   Q.      Okay.  And in fact, from your review of the

3   records, it appears that after Mr. Moss got injections,

4   that he did not have radicular symptoms by the end of 2008,

5   correct?

6   A.      Correct.

7   Q.      And you mentioned briefly a few other -- you

8   mentioned briefly a few other conditions, a contusion,

9   maybe some type of whiplash injury, those have all

10  resolved, correct?

11  A.      Yes.

12  Q.      You were asked about post traumatic stress

13  disorder, and I just want to be clear.  You're not

14  qualified, as an orthopaedic surgeon, to diagnose someone

15  with post traumatic stress disorder?

16  A.      I think Mr. Haydu asked a similar question, and

17  the answer really has to be yes or no.  I mean, yes, we are

18  because we're all trauma surgeons, so we see it and we are

19  supposed to recognize it as part of the continuing

20  education courses that we have.  But then to really treat

21  it, he's got to go to a psychologist or psychiatrist.

22  Q.      And there's no evidence in this case that he

23  actually saw a psychologist or psychiatrist, is there, sir?

24  A.      I thought he did.

25  Q.      Well, he saw a counselor.

```
 1    A.        I'm sorry, yes.

 2    Q.        There's no record that a psychologist or

 3    psychiatrist ever treated this man for a --

 4    A.        No, I'm sorry, they're really treated by

 5    psychiatrist or psychologists or counselors.

 6    Q.        Or counselors?

 7    A.        Thank you.

 8    Q.        No indication that a doctor diagnosed him with

 9    post traumatic stress disorder, correct?

10    A.        Correct.

11    Q.        One of the things you focus on is diet and weight

12    loss?

13    A.        Oh, in my side -- in my hobby practice.

14    Q.        Whatever we want to call it.

15    A.        Yes.

16    Q.        And fair to say there's an association between

17    back pain and obesity?

18    A.        There is.

19    Q.        And you would agree that a 30 or 40-pound weight

20    gain over two or three years would lead to increased back

21    pain?

22    A.        Could lead, yes.

23    Q.        You would agree that that would be especially

24    true with someone who has preexisting degenerative disc

25    disease?
```

```
1    A.        Sure.  It's common sense, yes.

2    Q.        And certainly can't rule out Mr. Moss' weight

3    gain as having some effect on his back pain?

4    A.        Correct.

5    Q.        In fact, if you were giving advice to Mr. Moss,

6    which you haven't done, what would you advise with respect

7    to weight loss?

8    A.        What would I advise as far as weight loss?

9    Q.        And back pain.

10   A.        I say everybody should lose weight in America,

11   and yes, everybody with back pain should lose weight if

12   they can.

13   Q.        Now, you mentioned -- you mentioned the things --

14   the restrictions on Mr. Moss.  The restrictions you're

15   testifying to aren't as a result of any physical exam of

16   Mr. Moss, correct?

17   A.        No, it's from reviewing the records and

18   Dr. Hannallah's --

19   Q.        Hannallah.

20   A.        Hannallah, thank you.

21   Q.        And you mentioned lifting heavy weights?

22   A.        Yes.

23   Q.        What is your understanding of what heavy weights

24   he has to lift in his job as engineer?

25   A.        As an engineer the main thing he has to do is
```

1   carry his grip which has been told to me is up to

2   40 pounds.

3   Q.      In other words, he has some bags he has to place

4   on the locomotives before he leaves?

5   A.      Yes.

6   Q.      And that would be the heaviest part of his job

7   during the day, would you agree with that?

8   A.      Yes.

9   Q.      And he would do that essentially once a day when

10  he gets on his locomotive?

11  A.      I think we mentioned on and off, or if they

12  change trains they've got to do it.

13  Q.      Okay.  Another thing you mentioned was

14  vibrations?

15  A.      Yes.

16  Q.      And fair to say you're not an expert in

17  measurement of whole body vibrations and its effect on the

18  spine?

19  A.      Well, I don't know who is an expert on that, but

20  I probably read more papers on vibrations on the spine than

21  anyone else because of the railroad cases I've done.  I've

22  got them all here if you want to --

23  Q.      How many cases have you done regarding the whole

24  body vibrations?  I'm only aware of one.

25  A.      Oh, it's come up many times with the railroad and

1    the seats and the lack of the ergonomic seats and stuff.

2    Q.        I'm asking about your experience, because I took

3    your deposition last year, and you told me that was the

4    only time you had dealt with whole body vibrations in the

5    railroad.

6    A.        I guess it's the word dealing with.  It's

7    probably the only case revolved around vibrations like

8    that, yes.

9    Q.        And in fact, you recognize that there are a body

10   of standards out there that are used to measure whole body

11   vibrations and its effect on the human spine?

12   A.        Yes.

13   Q.        And do those come from the International

14   Standards Organizations?

15   A.        Okay.

16   Q.        Correct.

17   A.        I really don't remember that, but if -- it

18   would -- they're all accepted.

19   Q.        What's that?

20   A.        I'm sorry, I really don't remember that, but if

21   you say so, I'll agree with --

22   Q.        You don't know if the International Standards

23   Organization has standards that measures the standards of

24   whole body vibrations?

25   A.        I'm sure they do; I don't remember exactly what

1  they are.

2  Q.      Do you remember testifying that you were aware

3  that there were those standards but you found them very

4  confusing?

5  A.      Yes.  Thank you, yes, and they are -- they were.

6  Q.      Do you remember testifying that the standards

7  used to measure whole body vibrations and its effect on

8  human health, quote, got all these fancy numbers, so I'm

9  aware of them but I can't really comment on the quality of

10  them?

11  A.      Yes, that's true.

12  Q.      And the papers you've seen, I did look at your

13  list and I didn't look at them all, but certainly they're

14  not all supporting your position that it is contraindicated

15  for someone with degenerative disc disease to work as a

16  locomotive engineer, correct?

17  A.      I think my -- sure, obviously.  Yes.  The papers

18  are always contradictory about everything.

19  Q.      In fact, one of the papers you cited where it was

20  the proceedings of the First American Conference on Human

21  Vibrations through the National Institute of Occupational

22  Safety and Health?

23  A.      Yes.

24  Q.      And if we look at what that document actually

25  says, that document says evaluation of the data collected

1    in the studies reported here following ISO 2631 suggests

2    that the shock and impact exposure for locomotive crew

3    members presents a low probability for an adverse health

4    outcome?

5    A.        It does.

6    Q.        And it also states that to put the locomotive

7    vibrations exposure level in perspective, results were

8    compared to the levels measured on heavy trucks, light and

9    medium-duty trucks, a van and a motorcycle.  The locomotive

10   vibrations levels were also compared to levels reported for

11   various vehicles found in the literature.  The vibrations

12   environment on locomotives was found to be comparable to

13   commercial on-road vehicles and below commercial off-road

14   vehicles and recreational vehicles, correct?

15   A.        I see that, yes.

16   Q.        And down below there it says the vibrations

17   exposure experienced during locomotive operation was found

18   to be consistently below the health guidance caution zones

19   defined in the ISO whole body vibrations exposure standard.

20   Do you see that?

21   A.        It does, yes.

22   Q.        This paper that you certainly relied on doesn't

23   support an opinion that it would be dangerous or risk of

24   injury for Mr. Moss to return to a locomotive environment,

25   correct?

```
 1   A.          It doesn't, correct.

 2   Q.          And you agree, sir, that with his doctors, that

 3   he had reached maximum medical improvement by essentially

 4   the end of 2008?

 5   A.          Say that again.

 6   Q.          Do you agree with his doctors that by the end of

 7   2008 he had essentially reached maximum medical

 8   improvement?

 9   A.          Yes.

10   Q.          And do you agree his radicular symptoms were gone

11   by the end of 2008?

12   A.          Yes.

13   Q.          And you agree that he has had no active treatment

14   for his back since 2009?

15   A.          That's correct.

16   Q.          And are you aware of the fact, sir, that Mr. Moss

17   had episodes of back pain that would actually keep him out

18   of work prior to this accident date?  Were you aware of

19   that forming your opinions?

20   A.          He had mentioned that in his deposition, yes.

21   Q.          And really the only thing he does is take

22   occasional pain medication now, correct?

23   A.          Yes.  That's about all he can do.

24   Q.          And pain medication, if someone has a

25   prescription for back pain medicine, would that indicate to
```

```
 1   you that they have some kind of back pain problem going on?
 2   A.        If they have a prescription -- well, sure.
 3   Q.        It's kind of an obvious question.  If they have a
 4   prescription for back pain medication, would you agree with
 5   me that that indicates they've got some kind of issue with
 6   back pain?
 7   A.        Yes.
 8   Q.        Were you aware of the fact, sir, that Mr. Moss
 9   had a prescription for Flexeril for his back pain at least
10   two years prior to this accident ever occurring?
11   A.        Yes.
12   Q.        And would it be fair to say if he had such a
13   prescription, then he had issues with back pain prior to
14   this accident?
15   A.        Yes.
16   Q.        And you agree, sir, that there's no indication --
17   by the way, getting back to vibrations, you agree no other
18   doctor has given an opinion like you did that vibrations
19   would be a problem with Mr. Moss going back to work?
20   A.        In this case?
21   Q.        Correct.
22   A.        Correct.
23   Q.        The people who have actually seen him haven't
24   said that?
25   A.        Yeah --
```

```
 1              MR. HAYDU:  I'm going to object, Your Honor.

 2              THE COURT:  You're objecting to the question that

 3    people who have actually seen him haven't said that?

 4              MR. HAYDU:  Correct.

 5              THE COURT:  Well, I think he can answer that

 6    question.

 7              MR. HAYDU:  I don't believe it's been established

 8    that they were ever asked that question; therefore, it's

 9    unfair in its inception.

10              THE COURT:  Well, that's something that I'll let

11    the two of you sort out in your direct and cross of this

12    witness.

13              MR. HAYDU:  Thank you, Judge.

14              THE COURT:  Thank you.

15    BY MR. CARNES:

16    Q.        Let me ask it this way, nobody who's actually

17    seen him has given a restriction that he has to avoid being

18    in locomotives because of vibrations?

19    A.        That's true.

20    Q.        And you would generally agree -- again, this is a

21    question I asked you before, you'd agree that someone who

22    has degenerative disc disease is able to work?

23    A.        Oh, sure.

24    Q.        And the thing --

25    A.        Well, depends on the individual and how bad the
```

```
 1    degenerative disc disease is.  Everybody's different.

 2    Q.        Right.  And some people -- the thing that keeps

 3    him out basically is pain complaints, correct?

 4    A.        Yes.

 5    Q.        And pain is subjective?

 6    A.        Yes.

 7    Q.        And as far as, in your practice, Doctor, would

 8    you agree that it's better for a person with back problems

 9    to remain -- to remain active?

10    A.        Yes.

11    Q.        Activity's actually better for the back, would

12    you agree with that?

13    A.        Absolutely.

14    Q.        And when you have patients who you treat for back

15    problems, you advise them to stay as active as possible,

16    don't you, sir?

17    A.        Yes, I do.

18    Q.        And as far as you know, there's no reason, as we

19    sit here today, there's no indication that Mr. Moss will

20    need future surgery, do you agree with that, sir?

21    A.        As of right now, no.  Is it possible -- I'm

22    sorry.  No.

23    Q.        No, meaning there's no indication he's a

24    candidate for surgery at this point?

25    A.        Right.
```

```
1            MR. CARNES:  That's all I have.  Thanks, Doctor.

2            THE COURT:  Redirect?

3            MR. HAYDU:  Thanks, Judge.

4                        REDIRECT EXAMINATION

5   BY MR. HAYDU:

6   Q.        Counsel showed you one vibrations study and put

7   it up regarding locomotive vibrations.  Are there other

8   vibrations studies that indicate that it is dangerous to

9   individuals, especially that have had prior back injuries,

10  that would lead you to believe that individuals with prior

11  back injuries should not be working in the locomotive

12  environment?

13  A.        There were.

14  Q.        Do you have those with you?

15  A.        Yeah.  Do you want them?

16  Q.        If you want to grab one I can throw it up on the

17  Elmo.

18  A.        No, they're all in a pile.

19  Q.        Okay.  You were asked about whether or not

20  Mr. Moss still had radicular pain.  Looking at his treating

21  physician, Dr. Hannallah's January 28th, 2009 report, page

22  15 of Exhibit Number 1, does it not indicate that on

23  occasion he does have pain in his legs and his buttocks,

24  but really most of the pain is in his back?

25  A.        Correct.
```

1    Q.       So does that indicate whether or not he's still

2    experiencing radicular pain?

3    A.       It implies that it does, yes, I'm sorry, it says

4    that he does, yes.

5    Q.       Now, looking at your chronology, the pre-accident

6    history, if you go to page four of your report --

7    A.       Got it.

8    Q.       -- you said you were unaware if there was any

9    radicular symptoms.  Do you have a note from a 5-20-02

10   visit at Grand Medical Center?

11   A.       I do.

12   Q.       And what is the symptoms?

13   A.       It says pain and tingling sensation across the

14   low back and tingling down the left leg to left shoulder,

15   lifting heavy objects.

16   Q.       Now, why, in your opinion, does -- strike that.

17           At the time of this accident after 35 years on

18   the railroad, did you ever see -- in your review of the

19   records after 35 years on the railroad, did you see that

20   Mr. Moss was ever disabled from working because of any back

21   problems until this accident?

22   A.       Correct, he was not.

23   Q.       Was he working full duty at the time of this

24   accident?

25   A.       He was working full duty, yes.

```
 1    Q.         Did you see any indication that the railroad had

 2    ever pulled him out of service because of any concerns that

 3    he had a bad back prior to this accident?

 4    A.         He did not.

 5    Q.         Now, you were asked some questions regarding the

 6    psychological counseling, Mr. Bastin -- Dr. Bastin -- can a

 7    counselor provide valid treatment just as well as any

 8    psychologist?

 9    A.         They can, and they do.  And they do the majority

10    of it.

11    Q.         Now, does the fact that Mr. Moss had I think

12    three episodes or two episodes in the last 30 years of

13    radicular pain or symptoms for a short period of time, I

14    think Dr. Brandt used the term self limiting, what does

15    that indicate to you, what was going on in his back before

16    the accident?

17    A.         Well, obviously something was irritating the

18    sciatic nerve, and it could be a bulging disc coming out,

19    and then with a short period of rest it goes back in, and

20    that's the -- that's the natural course of the problem.

21    Q.         Is that something that a fully extruded herniated

22    disc that shot out of the annular margin would cause for

23    over those period of years?

24    A.         No.  I mean, absolutely not.

25    Q.         So we're -- are we in agreement that Mr. Moss had
```

1   degenerative changes in his lumbar spine that caused

2   symptoms of back pain and I think two episodes of leg pain

3   in the last 20 years before the accident?

4   A.        Well, yes, sure.

5   Q.        Okay.  Does that change your opinions at all?

6   A.        No.

7   Q.        Now, do you agree with Dr. Hannallah's

8   restrictions that he shouldn't lift more than 20 pounds, he

9   should avoid twisting, he should avoid bending?

10  A.        I do.  I agree with him.

11  Q.        Now, does the fact that Mr. Moss had two episodes

12  of pain in his leg prior to this accident indicate that he

13  ever had a herniated disc before the accident, or is that

14  just a possibility among other causes?

15  A.        I'm sorry, say that again.

16  Q.        Before the accident of April of 2008, there were

17  I think two instances brought up where he had radiating

18  pain in his right leg.  Does that indicate he had a

19  herniated disc, or is that just one of the possibilities?

20  A.        Oh, thank you.  Thank you.  Yes, it's one of the

21  possibilities.

22  Q.        What else could cause the pain going down his

23  leg?

24  A.        Anything irritating the nerve that goes all the

25  way down to the leg, and that could be a muscle strain,

1  that could be an inflammation, that could be arthritis, a

2  blow.

3  Q.        Could that be a muscle strain from lifting heavy

4  boxes, cleaning out your garage?

5  A.        Well, sure.  Absolutely.  And the fact that it

6  goes away so fast generally indicates it's really not a

7  disc.  And he never even had an MRI.

8  Q.        So that was going to be my next question.  How

9  does the fact that the episode of pain or discomfort in the

10 right leg goes away so quickly, what does that indicate to

11 you as an orthopaedic surgeon?

12 A.        That it's definitely not an extruded disc, and

13 it's most likely not a herniated disc.

14 Q.        Now, you talked about testifying.  You were asked

15 questions that you testify frequently for my firm.  You're

16 hired by other firms to review cases?

17 A.        I am.

18 Q.        Okay.  Now, and you -- you indicated that in the

19 cases that you testify, you are of the opinion that -- that

20 there is some type of injury, or that the injury was caused

21 or worsened by the event at the railroad, do you remember

22 those questions?

23 A.        Yes.

24 Q.        Okay.  What do you do when you're first contacted

25 about a case, Doctor?  Do you look at the materials?

```
 1   A.       Well, sure.

 2   Q.       Okay.

 3   A.       Well, first I look at who the lawyer and law firm

 4   are.  A lot I just don't like, so I don't look at them.

 5   And then I look at the records --

 6   Q.       If it's someone like me, you're going to, you

 7   know, work with them, do you look at the records?

 8   A.       I do.

 9   Q.       And do you give an opinion as to whether or not

10   there's a case there or not?

11   A.       Yes.

12   Q.       If you give them the opinion that there's no

13   case, railroad didn't do anything wrong, there's no injury,

14   do you ever get followed up with on the case, or is it

15   dropped?

16   A.       Well, I drop it.  And as I said at the last

17   deposition, if the attorney starts to argue with me about

18   should be, I'll say, I can't work with you anymore.  And

19   that's what I like about Hoey & Farina, they don't argue.

20   Q.       So if you tell us there's no case, it's dropped?

21   A.       It's dropped.

22            MR. HAYDU:  No further questions.

23            THE COURT:  Recross?

24            MR. CARNES:  Just briefly.

25                       RECROSS EXAMINATION
```

1    BY MR. CARNES:

2    Q.        Earlier we talked about the fact that when you

3    initially wrote your report and gave your deposition

4    testimony, the reason you believed that he had a herniated

5    disc caused by the accident was because of the lack of

6    radicular symptoms prior to April of 2008, correct?

7    A.        Yes.  That was the main -- that was a significant

8    reason.

9    Q.        And Mr. Haydu just said, well, you did see a

10   record in 2002 of radicular pain, but that was left-sided

11   radicular pain, right?

12   A.        Correct.

13   Q.        So left-sided radicular pain wouldn't have

14   anything to do with what we're talking about here?

15   A.        Not usually.  It's possible, but not usually.

16   Q.        What you would be looking for to determine if he

17   had a herniated disc prior to April of 2008 would be

18   right-sided radicular pain?

19   A.        That doesn't go away.  When they have some

20   documentation with an MRI, yes.

21   Q.        Is his extruded disc gone away now, has his

22   extruded disc gone away now?  Does he still have a

23   herniated disc?

24   A.        If -- the only way to really know that is if you

25   get another MRI.  But if the symptoms are gone, it means

1  that that disc, which we now know it has absorbed, that's

2  what the body does, gradually over time it can absorb as

3  well as those injections that we talked about.

4  Q.       You testified that it's been almost three years

5  that he's had radicular symptoms?

6  A.       Yes.

7  Q.       Since they've gone away, is it your opinion then

8  that he no longer has a herniated disc?

9  A.       Well, you'd have to say that, yeah, the disc

10  itself that extruded then has got to be smaller.  I mean,

11  it's just common sense, it's not pressing against the nerve

12  anymore.  But to really answer your question honestly,

13  you've got to get another MRI.  But no one's going to do

14  that without symptoms.

15  Q.       And in order to rule in or out a herniated disc

16  was causing his symptoms prior to 2008, we need to see an

17  MRI as well, right, is that your testimony?

18  A.       Yes and no.  Before we get those fancy expensive

19  tests, you do the clinical, and he didn't have -- the pain

20  went away so fast.  So that's why I think it was not that.

21  Q.       And it went away here after a couple months,

22  correct?

23  A.       Well, he had the injections.

24  Q.       Right.  But he's no longer having symptoms,

25  radicular symptoms?

1    A.        Well, correct.  Although Dr. Hannallah in his

2    last note mentioned that he still had some, and I think he

3    mentioned in his deposition he still had some

4    intermittently.

5    Q.        I took your deposition two weeks ago.  Your

6    testimony was it's been almost three years without having

7    radicular symptoms.  Do you recall that?

8    A.        Yes.

9              MR. CARNES:  Nothing further.  Thanks.

C E R T I F I C A T E

      I certify that the foregoing is a correct transcript
from the record of proceedings in the above-entitled matter.


s:/Angela D. Nixon

--------------------------                    -----------

Angela D. Nixon, RPR, CRR                     Date

**'**

'06 [1] 9/7
'08 [3] 18/22 26/23 27/12
'71 [1] 3/13
'76 [1] 7/4
'85 [1] 5/20

**0**

02 [1] 55/9
08 [4] 16/19 26/6 26/8 27/6
09 [1] 21/17

**1**

1000 [1] 1/18
10:00 [1] 4/7
11 [1] 3/22
1212 [1] 1/14
14 [1] 21/23
15 [1] 54/22
16 [1] 21/15
1716 [1] 1/21
18th [1] 27/12
19 [1] 37/14
1985 [1] 29/11

**2**

2-3-09 [1] 21/17
20 [1] 57/3
20 pounds [4] 21/20 21/20 22/1 57/8
200 [1] 1/13
2002 [1] 60/10
2004 [1] 38/9
2006 [3] 10/20 37/15 38/16
2008 [15] 17/22 25/1 37/4 37/8 37/11
 41/11 41/16 43/4 50/4 50/7 50/11 57/16
 60/6 60/17 61/16
2009 [2] 50/14 54/21
2011 [1] 1/5
20th [1] 26/23
241-9000 [1] 1/19
25th [1] 27/12
26 [1] 3/18
260-5259 [1] 1/22
2631 [1] 49/1
28th [2] 21/23 54/21

**3**

30 [4] 5/4 7/21 44/19 56/12
30 percent [1] 17/17
312 [1] 1/14
35 [3] 5/4 55/17 55/19
38 [2] 3/16 10/12
3:10CV2055 [1] 1/3
3rd [1] 17/22

**4**

40 percent [3] 7/21 30/14 31/11
40 pounds [1] 46/2
40-pound [1] 44/19
419 [2] 1/19 1/22
43604 [1] 1/19
43624 [1] 1/22

**5**

5-20-02 [1] 55/9
5-20-08 [3] 26/6 26/8 27/6
50 [2] 30/10 31/4
50 percent [1] 30/23
50/50 [1] 30/10
51 [1] 32/1
5259 [1] 1/22
542 [1] 1/13

**6**

6-2-08 [1] 16/19
60605 [1] 1/14

**7**

70 percent [1] 30/24
72 [2] 31/3 31/4
73 [1] 32/1
75 percent [1] 31/12
77 percent [1] 31/22
7th [1] 25/1

**9**

9-30-2006 [1] 37/15
9000 [1] 1/19
939-1212 [1] 1/14

**A**

abdominal [1] 25/16
able [4] 29/18 38/4 39/25 52/22
about [36] 3/2 4/2 6/20 7/19 7/21 10/20
 13/9 13/17 15/20 16/19 17/2 18/5 21/10
 24/2 24/15 25/5 27/9 30/9 30/14 31/11
 31/12 36/2 36/6 36/9 43/12 47/2 48/18
 50/23 54/19 58/14 58/25 59/17 59/19 60/2
 60/14 61/3
above [1] 63/4
above-entitled [1] 63/4
absolutely [6] 26/1 34/21 35/16 53/13
 56/24 58/5
absorb [1] 61/2
absorbed [1] 61/1
absorbers [1] 25/21
Academy [1] 6/25
accepted [1] 47/18
accident [33] 3/22 10/21 10/23 10/25
 12/21 13/7 16/10 16/20 23/21 25/1 25/7
 27/3 37/4 38/22 39/1 39/5 39/7 41/10 42/10
 50/18 51/10 51/14 55/5 55/17 55/21 55/24
 56/3 56/16 57/3 57/12 57/13 57/16 60/5
accurate [2] 2/24 8/14
aches [1] 5/10
across [1] 55/13
active [3] 50/13 53/9 53/15
Activity's [1] 53/11
actual [3] 10/2 16/25 17/24
actually [16] 3/22 5/19 9/8 10/22 15/14
 18/3 30/24 32/1 33/16 43/23 48/24 50/17
 51/23 52/3 52/16 53/11
acupuncture [1] 34/15
addition [2] 7/14 9/12
additional [1] 8/20
additions [1] 9/9
adds [1] 10/17
admitting [1] 6/10
adverse [1] 49/3
advice [3] 34/4 34/13 45/5
advise [2] 45/6 45/8 53/15
advising [1] 34/3
after [14] 4/11 11/7 11/23 14/24 16/16
 16/20 17/18 18/19 18/22 36/7 43/3 55/17
 55/19 61/21
again [6] 6/6 11/25 13/24 28/2 36/16
 39/23 42/21 50/5 52/20 57/15
against [10] 15/3 15/9 15/19 20/6 32/22
 32/25 33/3 33/6 33/10 61/11
age [2] 42/2 42/7
aggravate [1] 22/1
aggravation [2] 12/3 24/19
aging [1] 22/24
ago [6] 3/22 30/9 30/13 30/14 33/16 62/5
agree [21] 22/4 32/16 42/12 44/19 44/23
 46/7 47/21 50/2 50/6 50/10 50/13 51/4

agreement [1] 56/25
ahead [2] 9/25 19/20
all [40] 3/14 4/4 4/17 6/18 6/21 7/2 9/9
 10/15 10/19 11/7 11/20 11/22 11/23 13/20
 17/6 17/6 17/8 19/2 19/25 20/14 27/4 30/19
 30/22 31/25 32/3 39/20 40/11 41/24 43/9
 43/18 46/22 47/18 48/8 48/13 48/14 50/23
 54/1 54/18 57/5 57/24
almost [3] 20/7 61/4 62/6
alone [1] 39/19
along [1] 8/10
already [3] 18/6 22/15 22/21
also [14] 5/25 7/15 9/25 10/2 10/19 10/20
 15/11 16/2 17/23 21/22 35/13 35/15 49/6
 49/10
alternative [2] 34/10 35/11
although [3] 3/24 40/7 62/1
always [5] 17/14 29/17 30/18 32/3 48/18
am [2] 2/14 58/17
America [1] 45/10
American [3] 6/25 7/2 48/20
among [1] 57/14
amputations [2] 4/17 4/18
and/or [1] 22/1
Angela [3] 1/21 63/6 63/8
annular [2] 14/12 56/22
annulus [1] 14/12
another [6] 14/23 27/11 41/25 46/13 60/25
 61/13
answer [5] 25/23 40/15 43/17 52/5 61/12
anxiety [2] 27/3 28/11
any [23] 3/14 5/22 6/13 6/21 6/22 7/12 9/9
 10/8 17/20 21/25 23/24 24/5 24/5 24/7 24/8
 29/13 37/10 45/15 55/8 55/20 56/1 56/2
 56/7
anybody [1] 8/5
anymore [4] 3/19 30/20 59/18 61/12
anyone [1] 46/21
anything [8] 2/22 9/10 16/17 23/23 40/8
 57/24 59/13 60/14
Anyway [1] 10/13
apart [1] 21/5
Apex [2] 9/21 12/16
APPEARANCES [1] 1/11
appears [1] 43/3
applies [1] 34/6
approach [1] 40/20
April [8] 25/1 37/4 37/8 41/11 41/16 57/16
 60/6 60/17
April 7th [1] 25/1
Archer [1] 5/2
are [34] 2/13 3/14 5/8 6/13 6/21 7/10 8/2
 11/25 12/18 14/14 23/13 25/2 25/15 28/1
 28/17 29/5 29/8 31/10 32/25 35/16 38/20
 43/17 43/18 47/9 47/10 48/1 48/5 48/18
 50/16 54/7 56/25 58/19 59/4 60/25
area [2] 26/3 26/13
aren't [2] 34/19 45/15
argue [2] 59/17 59/19
around [3] 15/16 20/10 47/7
arthritis [3] 2/21 16/2 58/1
as [65]
ask [10] 5/12 5/15 8/6 13/16 16/3 36/6
 36/9 38/14 42/21 52/16
asked [11] 39/17 39/21 39/24 40/11 43/12
 43/16 52/8 52/21 54/19 56/5 58/14
asking [1] 47/2
assistance [1] 10/8
assisting [1] 4/7
associated [1] 37/20
association [2] 7/2 44/16
assume [1] 39/3

**A**

assuming [1] 37/2
asymptomatic [1] 25/7
at [66]
attack [1] 23/18
attempt [2] 14/3 19/17
attempts [1] 24/1
attorney [1] 59/17
author [1] 8/9
available [1] 8/22
Avenue [2] 1/21 5/2
avoid [4] 21/25 52/17 57/9 57/9
avoiding [1] 21/19
aware [8] 38/9 38/13 46/24 48/2 48/9
50/16 50/18 51/8
away [12] 5/11 39/8 39/9 39/18 58/6 58/10
60/19 60/21 60/22 61/7 61/20 61/21

**B**

back [59] 3/10 3/24 4/6 5/13 5/13 5/16
5/19 7/4 12/2 16/15 16/16 17/20 19/6 19/7
19/11 19/13 19/17 21/18 22/2 24/7 24/11
25/15 27/10 27/17 27/22 28/2 29/11 37/20
39/25 40/15 42/13 42/15 44/17 44/20 45/3
45/9 45/11 50/14 50/17 50/25 51/1 51/4
51/6 51/9 51/13 51/17 51/19 53/8 53/11
53/14 54/9 54/11 54/24 55/14 55/20 56/3
56/15 56/19 57/2
background [1] 3/3
bad [3] 19/7 52/25 56/3
bags [1] 46/3
bar [3] 26/17 26/18 40/24
based [2] 24/23 41/15
basic [2] 4/16 29/15
basically [8] 11/24 14/5 14/20 16/25 20/4
27/8 27/16 53/3
Bastin [11] 12/16 26/4 26/4 26/24 27/1
27/6 27/13 27/14 28/9 56/6 56/6
be [40] 6/25 11/12 21/12 23/13 24/20 32/1
35/4 36/14 36/18 37/23 37/25 38/25 39/3
39/8 39/11 39/25 40/13 41/15 42/6 42/16
43/13 43/17 44/23 46/6 49/12 49/18 49/23
51/2 51/19 54/11 56/18 57/25 58/1 58/1
58/3 58/8 59/18 60/16 60/17 61/10
because [14] 6/19 14/7 15/8 24/1 28/2
31/16 37/6 43/18 46/21 47/2 52/18 55/20
56/2 60/5
become [1] 25/9
becomes [4] 15/3 15/3 20/10 20/10
been [12] 2/23 4/23 7/23 16/13 21/15
22/21 37/13 38/4 46/1 52/7 61/4 62/6
before [17] 1/9 9/13 22/9 25/6 29/2 33/16
34/9 35/1 35/19 41/8 46/4 52/21 56/15 57/3
57/13 57/16 61/18
behalf [2] 30/18 33/10
being [3] 5/17 23/2 52/17
believe [4] 25/24 37/7 52/7 54/10
believed [1] 60/4
believes [1] 10/13
below [3] 49/13 49/16 49/18
bending [2] 25/19 57/9
better [2] 53/8 53/11
between [4] 14/6 17/7 30/10 44/16
big [6] 6/8 6/19 13/18 20/16 22/24 23/4
bit [5] 3/2 4/2 14/21 15/1 37/18
blending [1] 34/9
blow [3] 23/1 23/25 58/2
board [5] 7/3 7/4 7/5 7/10 9/24
body [9] 46/17 46/24 47/4 47/9 47/10
47/24 48/7 49/19 61/2
bone [3] 14/8 17/6 17/12
bones [4] 2/20 2/22 4/19 14/6
both [2] 7/17 16/15

boxes [1] 58/4
Brandt [6] 9/20 11/3 38/6 38/10 38/17
56/14
Brandt's [3] 11/17 38/1 38/5
Brazil [2] 4/25 29/22
breaks [2] 14/12 15/4
briefly [4] 9/17 43/7 43/8 59/24
broke [1] 3/24
brought [1] 57/17
bulges [3] 15/1 15/2 22/20
bulging [5] 14/21 15/25 18/14 23/20 56/18
business [1] 7/19
but [50] 5/25 6/24 7/13 7/16 9/8 10/13
11/14 11/16 11/25 12/22 12/25 14/20 15/5
16/8 16/16 17/4 17/24 19/1 20/4 22/9 22/21
22/24 22/25 23/15 25/12 25/14 27/10 29/2
29/18 29/22 29/24 31/9 31/18 37/15 39/8
41/23 43/20 46/19 47/17 47/20 48/3 48/9
48/13 54/24 60/1 60/15 60/25 61/12 61/13
61/24
buttock [1] 37/20
buttocks [1] 54/23

**C**

California [2] 35/8 35/12
call [5] 2/2 5/9 12/16 16/8 44/14
called [7] 2/4 4/5 7/1 14/11 14/12 33/14
35/8
came [3] 3/10 31/5 36/8
can [29] 5/11 13/20 14/3 14/7 14/8 14/22
15/19 17/2 17/16 17/19 19/11 21/11 22/1
22/22 25/5 25/7 29/19 37/16 40/4 40/8
40/15 42/1 45/12 50/22 52/5 54/16 56/6
56/9 61/2
can't [5] 39/14 40/5 45/2 48/9 59/18
canal [3] 15/5 15/6 15/6
candidate [2] 19/1 53/24
capability [1] 24/3
car [1] 16/6
care [2] 3/10 23/12
career [2] 4/4 6/3
Carnes [2] 1/17 29/1
carry [2] 23/25 46/1
case [17] 30/25 30/25 31/25 32/15 32/17
33/13 36/14 37/2 37/3 43/22 47/7 51/20
58/25 59/10 59/13 59/14 59/20
cases [15] 30/3 30/21 30/25 31/3 31/8
31/16 31/20 32/1 32/3 32/24 40/11 46/21
46/23 58/16 58/19
catalog [2] 9/15 10/6
cause [7] 15/11 17/14 17/15 25/7 25/22
56/22 57/22
caused [10] 13/6 24/25 32/4 32/11 32/19
37/4 41/9 57/1 58/20 60/5
causes [5] 15/8 23/2 23/24 24/18 57/14
causing [5] 18/7 18/15 39/2 42/13 61/16
caution [1] 49/18
center [4] 9/21 9/23 19/24 55/10
certainly [4] 42/5 45/2 48/13 49/22
certainty [2] 24/24 25/3
certification [1] 7/5
certified [4] 2/5 7/3 7/4 7/11
certifies [1] 7/8
certify [1] 63/3
cervical [2] 12/6 12/7
chance [1] 41/3
change [3] 9/9 46/12 57/5
changes [5] 19/7 25/6 25/8 25/8 57/1
Charles [1] 9/22
chest [1] 13/22
Chicago [4] 1/14 3/7 3/16 6/8
children [2] 6/17 34/25
chronic [1] 12/2

chronological [3] 18/24 26/9 27/5
chronology [3] 10/15 18/4 55/5
cited [1] 48/19
clarify [1] 11/25
cleaning [1] 58/4
clear [6] 11/17 28/15 29/5 41/7 42/16
43/13
client [2] 32/4 32/18
clients [1] 7/25
climbing [2] 24/5 24/8
clinical [1] 61/19
clothing [3] 35/13 35/15 35/17
collected [1] 48/25
collision [1] 27/4
come [10] 4/24 5/9 5/9 11/7 11/15 30/22
30/23 31/17 46/25 47/13
comes [6] 15/18 20/12 30/15 31/11 31/12
31/22
coming [1] 56/18
comment [1] 48/9
commercial [2] 49/13 49/13
common [5] 5/14 19/16 55/22 45/1 61/11
comparable [1] 49/12
compared [2] 49/8 49/10
complaints [3] 27/9 27/9 53/3
compression [2] 18/8 18/15
Concern [1] 7/1
concerns [2] 24/16 56/2
conclusion [1] 12/9
conclusions [1] 8/10
condition [5] 11/8 11/13 25/24 34/6 36/22
conditions [1] 43/8
conference [3] 26/18 40/24 48/20
confines [1] 29/23
confused [1] 29/17
confusing [1] 48/4
consistently [1] 49/18
consultant [1] 6/16
consultation [1] 5/9
contacted [1] 58/24
contains [2] 8/9 18/9
content [1] 42/2
continue [3] 27/10 27/25 28/5
continued [1] 27/8
continuing [1] 43/19
contradictory [1] 48/18
contraindicated [1] 48/14
controlled [1] 12/12
contusion [1] 43/8
Cool [1] 21/14
copy [2] 2/24 8/14
cord [2] 18/9 18/10
Corp [1] 3/9
correct [54] 19/15 31/1 33/3 33/4 33/15
33/20 35/19 36/5 36/11 36/19 36/20 36/22
37/4 37/8 37/12 37/24 38/18 38/19 38/19
38/23 39/1 39/7 40/4 41/11 41/21 42/7 42/8
42/11 42/18 43/5 43/6 43/10 44/9 44/10
45/4 45/16 47/16 48/16 49/14 49/25 50/1
50/15 50/22 51/21 51/22 52/4 53/3 54/25
55/22 60/6 60/12 61/22 62/1 63/3
correctly [3] 40/16 41/3 41/5
cortisone [3] 20/14 20/15 20/17
could [28] 2/17 3/2 3/21 4/2 9/8 13/16
13/16 13/18 19/25 21/18 22/6 22/18 27/19
29/22 29/22 37/25 39/8 39/9 39/11 40/1
40/20 44/22 56/18 57/22 57/25 58/1 58/1
58/3
couldn't [2] 11/17 11/19
Counsel [1] 54/6
counseling [5] 9/22 12/16 26/3 26/23 56/6
counselor [4] 26/24 26/25 43/25 56/7
counselors [2] 44/5 44/6
counted [1] 31/3

Case: 3:10-cv-02055-JZ Doc #: 16 Filed: 11/20/13 23 of 28 PageID #: 283

**C**

couple [5]  4/10 30/13 30/14 36/8 61/21
course [2]  5/8 56/20
courses [1]  43/20
COURT [2]  1/1 1/21
courtroom [1]  21/13
cream [1]  20/15
creases [1]  17/11
creates [1]  10/14
crew [1]  49/2
cross [3]  28/20 28/22 52/11
CRR [2]  1/21 63/8
crushes [1]  4/17
CSX [6]  1/6 29/1 33/3 33/6 33/10 33/14
current [6]  2/25 8/13 29/8 30/1 34/12 42/13
currently [2]  3/15 29/8
curriculum [1]  3/25
CV [1]  2/25

**D**

damage [1]  23/5
dangerous [2]  49/23 54/8
darn [1]  20/15
data [1]  48/25
date [4]  41/16 42/10 50/18 63/8
dated [1]  21/16
day [2]  46/7 46/9
days [2]  20/19 39/4
deal [2]  2/21 13/2
dealing [4]  2/22 13/22 13/25 47/6
dealt [2]  12/22 47/4
Dearborn [1]  1/13
decade [1]  29/14
December [1]  1/5
decided [1]  19/1
decline [2]  31/17 32/8
decrease [2]  20/18 22/13
decreased [1]  17/1
defendant [2]  1/17 32/11
Defendants [1]  1/7
Defense [1]  30/19
defense's [1]  9/5
define [1]  16/5
defined [1]  19/19
definitely [1]  58/12
definition [1]  28/7
degenerate [1]  16/4
degenerated [2]  16/2 22/21
degeneration [4]  16/5 16/8 22/11 24/18
degenerative [19]  12/3 16/11 18/13 22/8 25/6 25/7 25/8 25/17 25/23 40/13 41/18 42/5 42/9 42/12 44/24 48/15 52/22 53/1 57/1
degree [2]  24/23 25/3
degrees [1]  14/14
DENNIS [4]  1/9 2/2 2/3 2/10
depends [1]  52/25
deposition [14]  8/18 9/2 9/3 9/6 12/1 38/7 39/22 39/22 47/3 50/20 59/17 60/3 62/3 62/5
depression [1]  28/11
described [3]  24/25 33/25 34/3
determine [1]  60/16
devoted [2]  7/20 7/22
diagnose [1]  43/14
diagnosed [1]  44/8
diagnoses [1]  13/5
diagnosis [4]  11/8 11/22 11/24 28/16
dictate [1]  10/17
did [68]
didn't [5]  9/8 33/21 48/13 59/13 61/19
diet [2]  34/13 44/11

different [6]  14/14 14/20 23/7 28/9 53/9
direct [2]  2/6 52/11
disabled [3]  6/17 40/14 55/20
disc [91]
discomfort [1]  58/9
discs [2]  16/11 42/2
discussed [2]  18/23 18/25
discussing [4]  26/25 27/1 27/6 27/13
disease [13]  12/3 18/14 22/9 25/17 40/13 41/19 42/6 42/10 42/12 44/25 48/15 52/22 53/1
disk [1]  13/20
disorder [9]  12/12 12/15 12/20 27/2 28/8 28/17 43/13 43/15 44/9
DISTRICT [3]  1/1 1/1 1/10
divided [1]  30/1
DIVISION [1]  1/2
do [91]
Docket [1]  1/3
doctor [16]  2/23 7/14 13/5 13/15 16/13 23/11 23/13 26/23 28/17 38/18 39/21 44/8 51/18 53/7 54/1 58/25
doctors [4]  4/8 24/25 50/2 50/6
document [2]  48/24 48/25
documentation [1]  60/20
does [30]  15/11 16/3 18/25 20/21 20/23 23/5 24/10 24/11 24/16 25/11 34/20 42/8 49/5 49/21 50/21 54/22 54/23 55/1 55/3 55/4 55/16 56/11 56/14 57/5 57/11 57/18 58/9 58/10 60/22 61/2
doesn't [5]  19/14 30/20 49/22 50/1 60/19
doing [6]  16/16 23/8 24/13 28/3 30/4 34/12
don't [30]  3/20 5/7 6/20 7/15 8/5 17/5 22/21 23/10 23/23 23/24 23/24 23/25 24/22 25/13 25/14 26/16 26/20 29/8 32/8 39/12 46/19 47/17 47/20 47/22 47/25 52/7 53/16 59/4 59/4 59/19
done [12]  5/25 6/2 10/11 19/21 19/24 20/2 21/4 34/23 34/24 45/6 46/21 46/23
doubt [1]  42/9
down [18]  3/23 4/22 13/23 15/5 15/6 17/7 17/11 18/3 18/6 18/12 25/19 27/14 27/20 38/10 49/16 55/14 57/22 57/25
Dr [3]  11/2 12/16 27/13
Dr. [26]  2/2 9/2 9/20 9/20 11/3 11/17 18/16 18/21 19/8 19/22 21/6 21/16 26/4 27/1 28/24 38/1 38/5 38/6 38/10 38/17 45/18 54/21 56/6 56/14 57/7
Dr. Bastin [3]  26/4 27/1 56/6
Dr. Brandt [6]  9/20 11/3 38/6 38/10 38/17 56/14
Dr. Brandt's [3]  11/17 38/1 38/5
Dr. Dennis [1]  2/2
Dr. Gates [1]  28/24
Dr. Hannallah [5]  9/20 18/21 19/8 19/22 62/1
Dr. Hannallah's [7]  9/2 18/16 21/6 21/16 45/18 54/21 57/7
drop [1]  59/16
dropped [3]  59/15 59/20 59/21
due [3]  27/17 27/22 28/1
duly [1]  2/4
during [2]  46/7 49/17
duty [4]  23/12 49/9 55/23 55/25

**E**

each [1]  31/15
Earlier [1]  60/2
earthquake [1]  4/12
eating [1]  23/19
edges [2]  17/10 17/11
education [1]  43/20
educational [1]  3/3

effect [4]  45/3 46/17 47/11 48/7
either [2]  7/16 38/18
elderly [1]  25/22
eligible [1]  24/20
Elmo [1]  54/17
else [7]  8/2 8/5 19/24 22/13 25/16 46/21 57/22
emergency [4]  10/16 10/20 37/16 39/16
emotions [1]  27/9
end [6]  8/18 42/20 43/4 50/4 50/6 50/11
engine [1]  14/6
engineer [5]  24/21 40/14 45/24 45/25 48/16
enough [1]  22/22
entitled [1]  63/4
environment [3]  49/12 49/24 54/12
epidural [2]  18/24 20/1
epidurals [1]  21/3
episode [1]  58/9
episodes [5]  50/17 56/12 56/12 57/2 57/11
ergonomic [1]  47/1
Esalen [2]  35/8 35/10
ESI's [1]  18/24
especially [3]  4/4 44/23 54/9
essentially [6]  29/20 29/25 30/2 46/9 50/3 50/7
established [1]  52/7
Ethiopia [1]  4/23
evaluation [1]  48/25
even [2]  33/9 58/7
event [1]  58/21
eventually [1]  18/25
ever [8]  44/3 51/10 52/8 55/18 55/20 56/2 57/13 59/14
every [2]  6/23 32/17
everybody [5]  6/23 17/17 41/21 45/10 45/11
Everybody's [1]  53/1
everything [2]  20/10 48/18
evidence [1]  43/22
exactly [1]  47/25
exaggeration [1]  41/23
exam [1]  7/6 23/8 45/15
examination [7]  2/4 2/6 7/6 7/7 28/22 54/4 59/25
examine [3]  11/10 11/13 28/20
examined [1]  35/25
except [1]  11/17
EXCERPT [1]  1/6
Exhibit [6]  2/24 8/13 21/16 21/24 37/14 54/22
existed [1]  42/10
expect [3]  36/13 36/18 36/21
expensive [1]  61/18
experience [1]  47/2
experienced [2]  24/25 49/17
experiencing [2]  26/7 55/2
expert [4]  30/2 30/11 46/16 46/19
expert's [1]  9/6
expertise [1]  26/14
explain [6]  3/21 13/16 14/3 19/25 22/18 32/16
exposure [4]  49/2 49/7 49/17 49/19
extending [1]  18/6
extent [1]  41/21
extruded [15]  14/25 15/4 15/8 15/14 15/16 15/17 15/22 18/4 36/10 36/10 56/21 58/12 60/21 60/22 61/10
extrudes [1]  39/20

**F**

facilities [1]  6/14
fact [19]  24/10 27/2 33/5 37/10 38/4 38/9

**F**

fact... [13] 38/16 39/3 43/2 45/5 47/9 48/19
50/16 51/8 56/11 57/11 58/5 58/9 60/2
fair [7] 30/17 34/20 36/6 39/3 44/16 46/16
51/12
fairly [1] 19/16
fall [2] 25/19 25/19
Family [1] 3/9
fancy [2] 48/8 61/18
far [6] 7/23 18/8 24/3 45/8 53/7 53/18
Farina [3] 1/12 31/7 59/19
fast [2] 58/6 61/20
fatty [1] 23/19
fear [4] 27/3 27/18 27/21 28/6
feel [3] 14/8 14/8 23/4
fell [1] 3/23
fellowships [1] 6/22
few [7] 8/4 8/20 16/13 29/2 33/16 43/7
43/8
fifth [2] 14/1 15/24
Fifty [1] 40/23
fight [1] 6/19
figure [1] 28/3
fills [1] 10/15
films [3] 10/2 17/24 42/6
find [1] 32/3
finding [3] 15/15 17/13 17/15
finished [1] 39/23
finishing [1] 3/13
firm [9] 7/24 14/9 30/22 31/7 31/13 31/23
33/10 58/15 59/3
firm's [1] 32/18
firms [1] 58/16
first [12] 2/4 13/18 15/25 20/3 27/20 32/21
33/2 33/9 36/8 48/20 58/24 59/3
five [6] 4/5 11/24 12/1 12/11 20/19 27/11
flashbacks [1] 27/3
Flexeril [1] 51/9
floating [1] 15/5
focus [1] 44/11
followed [1] 59/14
following [1] 49/1
follows [1] 2/5
foods [1] 23/19
foot [1] 37/21
force [1] 23/3
foregoing [1] 63/3
forensic [1] 23/8
form [1] 41/25
formal [1] 23/10
formally [1] 34/23
forming [1] 50/19
forms [1] 21/10
formulate [1] 7/17
forth [1] 27/4
forward [6] 10/15 11/16 11/21 19/2 22/7
25/12
found [5] 32/17 48/3 49/11 49/12 49/17
four [16] 3/12 8/18 9/1 10/1 11/25 12/7
12/9 13/24 20/19 31/1 31/4 38/22 39/1 39/4
39/6 55/6
fourth [2] 14/1 30/7
fourth and [1] 14/1
fourth thing [1] 30/7
fractures [1] 2/21
fragment [2] 15/7 18/5
frankly [1] 23/15
free [1] 18/5
frequently [1] 58/15
front [1] 21/11
full [5] 52/23 55/25
fully [1] 56/21

**further** [3] 22/16 24/18 28/12 39/22 62/9
future [1] 53/20

**G**

G-A-T-E-S [1] 2/10
gain [2] 44/20 45/3
garage [1] 58/4
gasket [1] 14/6
GATES [5] 1/9 2/2 2/3 2/10 28/24
gave [4] 30/25 33/11 33/13 60/3
general [5] 3/8 3/10 5/22 5/24 26/6
generally [3] 4/10 52/20 58/6
generated [1] 8/19
get [15] 5/11 14/20 19/23 20/16 20/25
25/15 25/15 25/23 27/10 31/18 41/24 59/14
60/25 61/13 61/18
gets [1] 46/10
getting [4] 5/8 26/13 42/15 51/17
give [3] 32/10 59/9 59/12
given [4] 33/6 33/6 51/18 52/17
gives [1] 20/23
giving [6] 28/9 30/2 34/13 35/18 39/22
45/5
go [19] 3/5 4/9 4/20 4/24 9/25 14/22 19/5
19/11 19/13 19/17 21/18 24/7 24/10 30/6
39/25 40/15 43/21 55/6 60/19
goes [7] 7/23 18/12 39/15 56/19 57/24
58/6 58/10
going [2] 4/11 4/25 5/12 5/15 13/15
20/13 23/13 23/18 23/23 26/12 37/13 38/14
41/24 51/1 51/19 52/1 56/15 57/22 58/8
59/6 61/13
gone [6] 39/9 50/10 60/21 60/22 60/25
61/7
good [6] 14/7 16/8 19/12 23/1 28/24 28/25
got [28] 4/6 9/8 13/21 14/22 17/11 19/7
21/4 22/8 22/11 22/19 22/24 23/1 25/17
26/11 27/16 27/21 28/2 37/15 38/19 43/3
43/21 46/12 46/22 48/8 51/5 55/7 61/10
61/13
grab [1] 54/16
gradually [1] 61/2
Grand [1] 55/10
Grant [1] 9/23
grip [1] 46/1
group [3] 4/5 4/21 7/1
groups [1] 6/22
Guatemala [1] 4/22
guess [2] 40/8 47/6
guidance [1] 49/18
guys [3] 7/12 8/4 13/20

**H**

had [51] 3/22 5/3 6/19 11/24 16/10 16/10
16/13 16/15 16/17 16/17 16/17 22/9 22/16
25/5 26/18 27/2 36/10 36/18 38/10 38/17
38/25 39/5 40/24 41/16 42/22 47/4 50/3
50/7 50/13 50/17 50/20 51/9 51/12 51/13
54/9 54/20 56/1 56/3 56/11 56/25 57/11
57/13 57/17 57/18 58/7 60/4 60/17 61/5
61/23 62/2 62/3
Haiti [7] 4/7 4/11 4/15 9/8 29/22 29/24
33/17
handwriting [1] 11/19
Hannallah [11] 9/4 9/5 9/5 9/20 11/2 18/21
19/8 19/22 45/19 45/20 62/1
Hannallah's [7] 9/2 18/16 21/6 21/16
45/18 54/21 57/7
happening [1] 22/13
happens [1] 25/19
hard [1] 14/8
hardly [1] 7/12
Harley [1] 25/21
harmful [1] 23/14

**has** [32] 22/14 22/16 24/12 32/4 32/11
32/18 36/17 36/24 39/24 41/14 41/16 41/17
41/18 41/21 43/17 44/24 45/24 45/25 46/1
46/3 46/3 47/23 50/13 50/24 51/18 52/17
52/17 52/22 60/21 61/1 61/8 61/10
have [82]
haven't [5] 29/11 29/13 45/6 51/23 52/3
having [7] 5/11 37/19 38/21 39/4 45/3
61/24 62/6
Haydu [6] 1/12 28/14 31/10 40/2 43/16
60/9
Haydu's [7] 30/22 31/13 31/23 32/4 32/18
32/18 33/10
he [86]
he's [7] 28/2 39/4 43/21 53/23 55/1 61/5
61/24
head [1] 27/4
head-on [1] 27/4
health [7] 30/8 34/4 34/13 48/8 48/22 49/3
49/18
hear [1] 6/24
heard [3] 15/11 20/14 38/6
heart [1] 23/18
heaviest [1] 46/6
heavy [11] 14/9 21/19 21/25 23/25 24/5
24/8 45/21 45/23 49/8 55/15 58/3
help [1] 24/11
helps [1] 20/4
here [17] 7/15 13/21 13/25 15/4 15/7 15/8
17/4 17/17 20/5 20/10 26/16 29/15 46/22
49/1 53/19 60/14 61/21
herein [1] 2/4
hereinafter [1] 2/5
herniated [39] 12/5 13/14 14/3 14/10
15/23 22/8 22/14 22/15 23/20 36/9 36/10
36/14 36/17 36/18 36/25 37/3 37/23 38/25
39/2 39/7 39/9 39/11 39/14 39/15 39/24
40/4 40/6 40/12 41/9 42/23 56/21 57/13
57/19 58/13 60/4 60/17 60/23 61/8 61/15
herniates [3] 14/13 15/2 22/10
herniation [5] 14/4 14/22 14/24 16/4 22/16
hey [1] 25/15
high [1] 21/12
high-tech [1] 21/12
him [19] 11/21 18/23 19/22 19/23 23/17
24/12 35/19 35/22 35/23 35/25 36/2 44/8
50/17 51/23 52/3 52/17 53/3 56/2 57/10
hired [1] 58/16
his [48] 11/19 16/11 16/19 18/3 19/23 21/7
21/23 24/6 24/21 24/25 25/6 25/20 26/13
27/2 27/4 36/2 36/14 36/19 38/6 38/11 39/6
41/9 42/13 45/3 45/24 46/1 46/6 46/10 50/2
50/6 50/10 50/14 50/20 51/9 54/20 54/23
54/23 54/24 56/15 57/1 57/12 57/18 57/22
60/21 60/21 61/16 62/1 62/3
history [2] 36/2 55/6
hit [1] 23/4
hobby [2] 34/24 44/13
Hoey [3] 1/12 31/7 59/19
Hold [3] 15/23 26/8 40/17
home [1] 6/17
honestly [1] 61/12
Honor [4] 2/1 26/12 40/18 52/1
HONORABLE [1] 1/9
hopefully [1] 20/19
hospital [7] 3/11 3/16 4/25 6/7 9/19 9/22
9/23
hospitals [4] 3/14 6/5 6/6 6/11
hot [1] 35/16
how [12] 5/3 5/11 10/11 14/4 16/4 19/5
20/1 21/3 25/11 46/23 52/25 58/8
How's [1] 25/11
human [3] 47/11 48/8 48/20
hundreds [1] 12/23

Case: 3:10-cv-02055-JZ Doc #: 47-2 Filed: 01/18/12 68 of 73. PageID #: 1285

**H**

hurts [2] 15/17 15/19
hypnosis [7] 34/17 34/22 34/23 34/24
35/1 35/4 35/7

**I**

I'd [1] 26/2
I'll [5] 20/3 37/18 47/21 52/10 59/18
I'm [30] 2/12 2/23 6/16 9/25 11/1 13/15
14/2 15/1 23/18 23/23 26/12 27/19 29/5
29/17 30/5 30/13 37/13 42/21 42/25 44/1
44/4 46/24 47/2 47/20 47/25 48/8 52/1
53/21 55/3 57/15
I've [9] 4/23 12/22 26/11 27/16 27/21
34/23 34/24 46/21 46/21
ice [1] 25/22
idea [1] 22/12
identical [1] 17/19
if [54] 2/4 4/16 5/10 6/20 11/14 11/15
11/15 13/16 13/16 14/8 15/7 16/6 16/18
17/16 17/22 18/19 19/11 19/18 20/8 20/15
21/11 23/3 23/17 23/20 24/12 29/21 32/16
36/24 39/19 39/24 40/7 45/5 45/11 46/11
46/22 47/17 47/20 47/22 48/24 50/24 51/2
51/3 51/12 54/16 55/6 55/8 59/6 59/12
59/17 59/20 60/16 60/24 60/25
illegible [1] 38/2
Illinois [2] 1/14 2/16
impact [1] 49/2
impinging [1] 39/6
implies [1] 55/3
improvement [2] 50/3 50/8
in [142]
inception [1] 52/9
incident [1] 10/24
included [1] 10/22
includes [1] 31/25
income [4] 30/15 31/11 31/12 31/22
incorrect [1] 41/15
increased [1] 44/20
indicate [13] 16/24 18/1 27/22 37/11 38/21
50/25 54/8 54/22 55/1 56/15 57/12 57/18
58/10
indicated [2] 26/7 58/18
indicates [3] 21/24 51/5 58/6
indication [5] 44/8 51/16 53/19 53/23 56/1
individual [2] 24/10 52/25
individuals [2] 54/9 54/10
infections [1] 4/18
inflamed [2] 20/10 20/11
inflammation [1] 58/1
initially [1] 60/3
inject [2] 20/14 20/17
injection [1] 20/1
injections [5] 18/24 19/23 43/3 61/3 61/23
injured [1] 22/21
injuries [2] 54/9 54/11
injury [13] 10/24 11/3 22/15 27/18 28/7
32/4 32/12 32/19 43/9 49/24 58/20 58/20
59/13
inside [2] 14/13 22/22
instances [1] 57/17
Institute [3] 35/9 35/10 48/21
institution [1] 35/11
integrated [1] 34/1
intended [1] 20/1
intermittently [2] 25/8 62/4
International [2] 47/13 47/22
interned [1] 3/7
interrupt [1] 27/19
into [5] 3/8 3/11 15/5 30/1 38/11
invited [1] 4/22
involved [1] 12/18

involvement [2] 4/8 6/43
involves [2] 23/17 34/12
irrational [1] 28/6
irritating [2] 56/17 57/24
irritation [1] 20/18
is [101]
isn't [4] 30/24 32/21 33/2 33/9
ISO [2] 49/1 49/19
issue [2] 18/2 51/5
issues [2] 8/3 51/13
it [121]
it's [58] 4/16 4/18 5/13 7/6 14/6 14/9 14/21
15/5 15/6 15/8 15/9 15/9 15/18 16/6 16/8
18/5 18/6 18/8 19/12 19/15 20/2 20/3 20/6
20/7 20/15 21/12 22/21 23/3 23/15 24/6
24/6 26/9 30/19 30/24 35/11 40/2 40/6 45/7
45/17 46/25 47/6 47/6 51/3 52/7 52/8 53/8
57/20 58/6 58/12 58/13 59/6 59/20 59/21
60/15 61/4 61/11 61/11 62/6
items [1] 8/20
its [4] 46/17 47/11 48/7 52/9
itself [2] 17/7 61/10

**J**

JACK [1] 1/9
Jackson [1] 1/18
James [1] 1/17
Jamie [1] 29/1
January [3] 21/19 21/23 54/21
January 28th [2] 21/23 54/21
January 31st with [1] 21/19
job [10] 24/5 24/7 24/12 24/13 24/21 32/10
32/15 40/7 45/24 46/6
JOHN [2] 1/3 8/6
joints [2] 2/20 2/22
JUDGE [3] 1/10 52/13 54/3
July [2] 17/22 18/22
July 3rd [1] 31/25
July 9th of [1] 18/22
June [1] 4/22
jury [8] 1/6 2/17 3/2 4/2 13/17 17/2 19/25
22/6
just [30] 4/6 8/4 9/8 10/1 11/24 12/4 13/20
13/22 14/21 18/5 18/9 18/11 22/19 23/7
24/6 26/2 28/15 29/5 39/23 40/6 40/9 41/7
43/13 56/7 57/14 57/19 59/4 59/24 60/9
61/11

**K**

keep [1] 50/17
keeps [1] 53/2
Kendrick [1] 1/17
kind [8] 4/14 8/11 24/8 29/13 36/21 51/1
51/3 51/5
knocked [1] 23/2
know [18] 6/20 6/23 8/5 8/17 10/8 10/19
22/25 25/14 32/8 38/1 38/20 39/19 46/19
47/22 53/18 59/7 60/24 61/1
knowledge [1] 7/9

**L**

L4 [3] 12/5 13/14 18/7
L4-5 [1] 18/7
L4-L5 [2] 12/5 13/14
L5 [4] 12/5 13/14 17/1 18/14
L5-1 [1] 18/14
L5-S1 [1] 17/1
lack [3] 41/10 47/1 60/5
last [15] 2/9 4/6 4/8 4/22 5/19 9/6 20/19
31/1 31/4 38/19 47/3 56/12 57/3 59/16 62/2
lasted [1] 19/6
lateral [1] 18/11
law [7] 30/22 31/7 31/13 31/23 32/18
33/10 59/3

lawsuit [2] 32/24
lawsuits [3] 30/15 30/17 32/24
lawyer [1] 59/3
lawyers [1] 30/11
lead [3] 44/20 44/22 54/10
learn [1] 35/7
learned [1] 35/5
learning [1] 35/11
least [3] 7/7 33/5 51/9
leave [1] 39/19
leaves [1] 46/4
left [5] 12/10 55/14 55/14 60/10 60/13
left-sided [2] 60/10 60/13
leg [9] 18/12 38/11 55/14 57/2 57/12 57/18
57/23 57/25 58/10
legal [2] 7/22 23/8
legs [1] 54/23
let [6] 16/3 19/17 36/6 40/9 52/10 52/16
let's [4] 9/12 9/12 15/20 24/2
lets [1] 13/5
letter [1] 21/23
level [8] 13/14 15/24 15/25 17/1 17/7 18/6
18/14 49/7
levels [3] 49/8 49/10 49/10
licensed [1] 2/13
Life [1] 33/24
lift [2] 45/24 57/8
lifting [7] 21/19 21/25 21/25 24/5 45/21
55/15 58/3
light [1] 49/8
like [22] 2/1 6/23 10/16 12/4 14/5 14/9
15/10 16/6 20/7 23/2 23/3 23/4 24/6 26/2
30/3 34/13 36/14 47/7 51/18 59/4 59/6
59/19
likely [3] 15/17 39/5 58/13
limiting [1] 56/14
lion [2] 5/15 5/17
list [4] 6/24 8/10 30/25 48/13
literature [1] 49/11
little [11] 3/2 4/2 8/18 14/21 15/1 17/11
20/8 21/12 23/5 37/18 41/23
locomotive [11] 24/21 40/14 46/10 48/16
49/2 49/6 49/9 49/17 49/24 54/7 54/11
locomotives [3] 46/4 49/12 52/18
long [4] 5/3 15/15 20/12 20/19
long-standing [1] 15/15
longer [2] 61/8 61/24
look [18] 7/16 9/25 10/5 16/18 17/5 17/22
18/19 21/11 24/2 41/3 48/12 48/13 48/24
58/25 59/3 59/4 59/5 59/7
looked [1] 16/22
looking [9] 9/14 14/23 26/6 26/23 27/5
27/14 54/20 55/5 60/16
Loop [1] 1/17
loose [1] 15/7
lose [2] 45/10 45/11
losing [1] 22/23
loss [3] 44/12 45/7 45/8
lot [6] 5/8 5/12 5/13 12/23 12/24 15/2
25/14 59/4
low [5] 12/2 13/23 37/20 49/3 55/14
lower [1] 18/14
Loyola [1] 3/7
Luke's [1] 3/17
lumbar [6] 13/21 16/19 17/23 18/19 20/1
57/1

**M**

M.D [2] 1/9 2/3
machine [1] 20/16
magical [1] 20/3
main [5] 15/22 41/14 41/14 45/25 60/7
mainly [4] 4/7 13/13 13/25 34/24
majority [5] 8/4 30/21 31/9 32/24 56/9

**M**

make [1] 8/2
making [1] 28/16
malates [1] 12/21
man [3] 25/19 42/7 44/3
many [6] 20/23 21/3 31/17 40/15 46/23 46/25
margin [1] 56/22
marked [4] 2/23 18/10 21/15 37/13
material [6] 9/13 14/13 22/12 22/22 22/23 36/11
materials [1] 58/25
matter [3] 8/7 40/5 63/4
maximum [2] 50/3 50/7
may [4] 26/15 26/16 26/23 40/21
May 20th [1] 26/23
maybe [1] 43/9
mayor [1] 6/19
me [18] 5/12 9/7 14/2 16/3 28/3 29/24 30/9 30/20 34/8 36/6 38/14 40/9 46/1 47/3 51/5 52/16 59/6 59/17
mean [11] 7/12 9/17 12/24 15/17 15/19 17/16 26/13 39/15 43/17 56/24 61/10
meaning [1] 53/23
means [4] 17/3 28/2 34/8 60/25
measure [2] 47/10 48/7
measured [1] 49/8
measurement [1] 46/17
measures [1] 47/23
mechanical [1] 1/24
medical [18] 3/5 3/6 7/2 8/3 9/19 9/23 10/21 11/2 11/6 11/13 23/8 23/12 24/24 25/3 35/5 50/3 50/7 55/10
medication [3] 50/22 50/24 51/4
medicine [7] 2/13 3/9 3/10 34/1 34/9 34/10 50/25
medium [2] 6/7 49/9
medium-duty [1] 49/9
Medium-sized [1] 6/7
member [1] 6/21
members [1] 49/3
mentioned [16] 9/13 10/1 14/3 33/22 36/9 38/1 43/7 43/8 45/13 45/13 45/21 46/11 46/13 50/20 62/2 62/3
Mercy [7] 3/11 3/16 6/7 6/14 9/19 9/22 9/22
met [4] 29/2 35/19 35/20 35/22
might [1] 21/12
mild [3] 16/1 18/7 18/15
Misericordia [2] 6/15 6/17
missing [1] 22/10
misspoke [1] 11/1
mixed [1] 27/9
model [3] 13/15 14/5 14/7
moderate [4] 16/1 18/13 18/14 25/18
modified [1] 8/17
moisture [1] 42/2
month [4] 19/7 20/25 21/4 33/7
months [3] 16/20 30/14 61/21
more [9] 5/13 21/19 21/20 21/25 22/15 22/25 30/24 46/20 57/8
morning [3] 28/24 28/25 38/6
MOSS [41] 1/3 8/7 10/3 10/21 10/24 11/2 11/10 11/22 16/9 18/17 19/2 21/3 21/7 21/23 24/4 24/17 24/20 24/24 25/5 26/24 27/7 27/14 35/18 35/20 37/2 38/9 38/21 43/3 45/5 45/14 45/16 49/24 50/16 51/8 51/19 53/19 54/20 55/20 56/11 56/25 57/11
Moss' [5] 11/8 25/24 37/3 42/7 45/2
most [3] 31/9 54/24 58/13
mother [1] 10/13
motorcycle [2] 23/3 49/9
moved [1] 18/6

moving [2] 19/2 19/20
Mr [2] 11/6 28/14
Mr. [62] 10/3 10/21 10/24 11/2 11/8 11/10 11/22 12/16 16/9 18/17 19/2 21/3 21/7 21/23 24/4 24/17 24/20 24/24 25/5 25/24 26/4 26/24 26/24 27/6 27/7 27/13 27/14 27/14 28/9 30/22 31/13 31/23 32/4 32/18 32/18 33/10 35/18 35/20 37/2 37/3 38/9 38/21 40/2 42/7 43/3 43/16 45/2 45/5 45/14 45/16 49/24 50/16 51/8 51/19 53/19 54/20 55/20 56/6 56/11 56/25 57/11 60/9
Mr. Bastin [8] 12/16 26/4 26/24 27/6 27/13 27/14 28/9 56/6
Mr. Haydu [3] 40/2 43/16 60/9
Mr. Haydu's [7] 30/22 31/13 31/23 32/4 32/18 32/18 33/10
Mr. Moss [39] 10/3 10/21 10/24 11/2 11/10 11/22 16/9 18/17 19/2 21/3 21/7 21/23 24/4 24/17 24/20 24/24 25/5 26/24 27/7 27/14 35/18 35/20 37/2 38/9 38/21 43/3 45/5 45/14 45/16 49/24 50/16 51/8 51/19 53/19 54/20 55/20 56/11 56/25 57/11
Mr. Moss' [5] 11/8 25/24 37/3 42/7 45/2
MRI [13] 10/2 13/9 15/20 16/17 17/23 18/2 18/19 18/22 58/7 60/20 60/25 61/13 61/17
MRIs [2] 25/13 42/6
muscle [2] 57/25 58/3
my [21] 3/24 3/25 4/4 5/2 5/8 7/24 8/17 10/12 10/13 11/25 18/4 29/1 30/7 32/15 34/24 41/2 44/13 44/13 48/17 58/8 58/15
myself [1] 3/23

**N**

name [3] 2/8 2/9 14/11
name's [1] 29/1
narrowed [1] 17/8
narrowing [1] 17/11
National [1] 48/21
natural [1] 56/20
necessarily [1] 17/13
necessary [1] 11/15
neck [5] 3/24 12/6 12/7 13/22 42/25
need [6] 4/10 4/24 5/11 20/16 53/20 61/16
needle [1] 20/12 20/12 20/17
nerve [8] 15/3 15/19 18/12 20/7 39/6 56/18 57/24 61/11
nerves [1] 15/9
never [11] 3/24 16/16 16/17 16/17 29/2 31/17 35/19 35/23 35/25 36/2 58/7
news [1] 6/18
newspaper [1] 4/17
next [4] 14/19 18/6 20/18 58/8
night [1] 4/6
Nixon [3] 1/21 63/6 63/8
no [55] 1/3 7/13 9/11 16/12 17/15 17/16 21/20 25/18 25/21 28/12 28/18 31/16 32/15 32/15 32/15 32/23 34/23 35/6 35/6 35/22 35/24 36/1 36/3 37/7 38/14 38/16 40/5 42/9 42/25 43/17 43/22 44/2 44/4 44/8 45/17 50/13 51/16 51/17 53/18 53/19 53/21 53/22 53/23 53/23 54/18 56/24 57/6 59/12 59/13 59/20 59/22 61/8 61/13 61/18 61/24
nobody [1] 52/16
nobody's [1] 38/4
normal [2] 14/17 14/18
normally [1] 22/23
NORTHERN [1] 1/1
Northwestern [2] 3/7 3/12
not [54] 7/10 10/13 11/11 11/21 15/5 15/17 16/8 16/12 17/19 17/23 19/1 20/21 22/16 23/13 23/15 23/17 24/7 24/12 28/8 28/15 29/5 29/8 29/15 29/18 29/23 31/18 32/16 34/23 35/4 35/16 37/10 38/8 38/14 38/16

34/4 45/16 46/16 48/14 59/11 54/19 54/22 55/1 55/22 56/4 56/24 58/6 58/12 58/13 59/9 59/10 60/15 60/15 61/11 61/20
note [3] 27/12 55/9 62/2
notereading [1] 1/25
notes [2] 27/6 37/19
Nothing [1] 62/9
Novacare [1] 9/20
November [1] 19/20
November 18th [1] 19/20
now [43] 4/17 5/8 5/18 6/13 6/24 7/14 7/21 10/5 10/23 12/13 13/5 13/9 15/14 16/3 16/9 16/18 17/22 18/16 19/2 19/20 21/6 22/10 22/21 23/6 24/15 26/2 38/20 39/18 41/18 45/13 50/22 53/21 55/5 55/16 56/5 56/11 57/7 57/11 58/14 58/18 60/21 60/22 61/1
nowadays [1] 30/19
number [17] 2/24 6/2 7/24 8/13 12/2 12/4 12/6 12/7 12/9 12/11 13/23 18/13 19/22 21/16 25/12 42/22 54/22
numbers [1] 48/8

**O**

obesity [1] 44/17
object [2] 26/12 52/1
objecting [1] 52/2
objects [1] 55/15
obligation [1] 23/16
obvious [1] 51/3
obviously [3] 16/6 48/17 56/17
occasion [1] 54/23
occasional [1] 50/22
occasions [1] 7/24
occupation [2] 2/11
occupational [4] 27/17 27/23 28/1 48/21
occurred [1] 27/4
occurring [1] 51/10
October [1] 27/12
October 25th [1] 27/12
off [6] 15/5 16/7 26/18 40/24 46/11 49/13
off-road [1] 49/13
office [2] 5/2 5/3
often [1] 20/4
oh [14] 6/4 6/23 13/4 19/12 26/1 31/6 39/10 40/2 40/10 42/25 44/13 46/25 52/23 57/20
OHIO [4] 1/1 1/4 1/18 1/22
okay [44] 3/4 3/21 5/18 5/21 7/19 7/23 8/16 9/12 9/25 10/5 10/23 11/10 13/9 13/11 14/1 14/24 15/20 15/25 16/3 16/18 17/4 17/6 17/9 18/1 18/16 18/19 21/22 22/9 27/12 29/21 30/1 30/12 32/2 33/21 37/16 42/1 43/2 46/13 47/15 54/19 57/5 58/18 58/24 59/2
old [3] 5/9 7/12 25/21
on [82]
on-road [1] 49/13
once [3] 4/23 35/12 46/9
one [25] 9/1 9/2 11/16 12/2 13/18 13/23 13/25 15/23 16/1 25/12 26/8 26/9 31/15 38/15 38/19 39/2 40/17 41/12 44/11 46/24 48/19 54/6 54/16 57/19 57/20
one's [1] 61/13
ones [2] 6/25 32/8
only [6] 17/23 46/24 47/4 47/7 50/21 60/24
operate [1] 39/18
operation [1] 49/17
opining [3] 11/13 41/8 41/9
opinion [15] 13/6 24/3 24/4 32/10 37/3 37/6 40/11 42/22 49/23 51/18 55/16 58/19 59/9 59/12 61/7
opinions [9] 7/17 8/3 8/10 9/10 24/23 35/18 36/8 50/19 57/5
optimum [1] 34/4

Case: 3:10-cv-02055-JZ Doc #: 47-2 Filed: 29/41/18/12 70 of 73 Page ID #: 287

**O**

optional [3] 35/13 35/15 35/17
or [68]
oral [1] 7/7
order [1] 61/15
organization [2] 30/5 47/23
Organizations [1] 47/14
organizes [1] 10/14
orthopaedic [20] 2/12 2/17 2/19 3/11 4/20
6/16 6/25 7/1 7/10 12/13 12/18 13/2 19/10
19/17 26/14 29/6 34/6 34/20 43/14 58/11
Orthopaedics [1] 4/6
orthopaedist [2] 5/22 5/24
orthopedics [1] 30/8
other [23] 3/25 4/9 4/20 6/13 6/14 6/14
6/22 9/2 10/1 11/20 12/20 22/25 31/16
33/22 33/23 41/18 43/7 43/8 46/3 51/17
54/7 57/14 58/16
others [2] 8/4 20/22
our [2] 3/9 7/1
out [29] 11/14 12/1 14/13 14/21 15/2 15/4
15/18 18/7 18/12 20/6 22/10 22/20 22/24
28/4 32/1 35/8 35/12 39/20 41/14 45/2
47/10 50/17 52/11 53/3 56/2 56/18 56/22
58/4 61/15
outcome [1] 49/4
outer [1] 14/11
outline [1] 10/14
outside [2] 26/2 26/13
over [14] 4/14 13/21 13/25 15/7 15/8 20/5
20/18 25/19 27/16 29/13 31/1 44/20 56/23
61/2
overcome [1] 40/8
overseas [7] 4/1 4/3 4/5 4/6 29/16 29/19
30/4
overwhelming [1] 30/21

**P**

page [13] 18/19 18/20 19/20 21/9 21/15
21/23 24/2 26/9 27/5 27/15 40/22 54/21
55/6
paid [1] 31/18
pain [48] 5/13 12/2 15/8 16/15 28/2 36/15
36/22 36/24 37/1 37/19 38/10 38/18 38/22
39/4 39/15 44/17 44/21 45/3 45/9 45/11
50/17 50/22 50/24 50/25 51/1 51/4 51/6
51/9 51/13 53/3 53/5 54/20 54/23 54/24
55/2 55/13 56/13 57/2 57/2 57/12 57/18
57/22 58/9 60/10 60/11 60/13 60/18 61/19
painful [1] 40/7
pains [1] 5/10
paper [1] 49/22
papers [4] 46/20 48/12 48/17 48/19
parathesis [1] 37/21
Pardon [1] 35/14
part [8] 7/19 13/6 23/19 25/1 33/22 33/23
43/19 46/6
parts [1] 30/2
past [6] 3/16 3/18 4/4 6/18 16/15 33/7
patient [7] 7/16 7/17 19/10 23/10 23/14
23/16 37/19
patient's [1] 9/2
patients [15] 5/1 5/5 5/8 5/8 5/13 7/14
12/19 19/12 23/7 25/13 30/2 30/10 34/22
35/2 53/14
paying [1] 6/20
Peace [1] 3/9
people [10] 5/16 17/19 20/21 20/25 23/22
25/14 39/16 51/23 52/3 53/2
percent [8] 7/21 17/17 30/14 30/23 30/24
31/11 31/12 31/22
perform [8] 3/19 5/18 7/15 29/9 29/18
29/19 29/21 34/22

performed [2] 29/4 29/4
period [3] 56/13 56/19 56/23
permanent [1] 25/25
persistent [1] 37/19
person [3] 11/13 25/22 53/8
perspective [1] 49/7
phone [2] 29/3 35/23
physical [3] 18/23 27/9 45/15
physically [1] 35/25
physician [5] 2/19 6/24 23/6 24/11 54/21
piece [1] 16/7
pile [1] 54/18
place [2] 35/8 46/3
places [2] 4/9 4/20
plaintiff [3] 30/18 30/19 32/4
plaintiff's [1] 32/11
Plaintiffs [2] 1/4 1/12
play [1] 24/16
please [6] 2/8 9/18 26/21 27/25 28/5 40/20
41/24 53/24
pointed [1] 18/7
point [8] 19/3 19/21 25/25 26/7 26/25 27/7
portion [3] 20/9 22/10 22/20
position [1] 48/14
possibilities [2] 57/19 57/21
possibility [1] 57/14
possible [4] 18/23 53/15 53/21 60/15
post [8] 12/11 12/14 12/20 27/2 28/16
43/12 43/15 44/9
pound [1] 44/19
pounding [1] 23/24
pounds [5] 21/20 21/20 22/1 46/2 57/8
practice [11] 2/13 7/8 13/2 19/9 19/16
30/1 33/25 34/1 34/12 44/13 53/7
practicing [1] 5/21
practitioner [1] 3/8
pre [3] 10/21 42/10 55/5
pre-accident [2] 10/21 55/5
pre-existed [1] 42/10
preexisting [1] 44/24
preparation [1] 9/15
Presbyterian [2] 3/17 6/8
prescribe [2] 23/12 23/13
prescription [5] 50/25 51/2 51/4 51/9
51/13
present [1] 12/19
presents [1] 49/3
presses [1] 15/3
pressing [5] 15/9 15/18 18/10 20/6 61/11
pretty [1] 4/16
prevent [1] 22/12
primary [2] 3/9 6/25
prior [19] 16/10 37/7 37/11 38/22 39/1
39/5 39/6 41/10 41/16 50/18 51/10 51/13
54/9 54/10 56/3 57/12 60/6 60/7 61/16
privileges [1] 6/10
probability [1] 49/3
probably [6] 5/13 6/18 17/17 37/14 46/20
47/7
problem [6] 5/16 20/6 25/16 51/1 51/19
56/20
problems [7] 14/14 16/11 17/20 24/13
53/8 53/15 55/21
proceedings [3] 1/24 48/20 63/4
produced [1] 1/25
profession [1] 2/11
provide [1] 9/7
prudent [1] 11/12
psychiatrist [4] 43/21 43/23 44/3 44/5
psychological [2] 12/21 56/6
psychologist [4] 43/21 43/23 44/2 56/8
psychologists [1] 44/5
pulled [1] 56/2

purely [1] 28/8
purpose [1] 32/6
pursue [1] 32/9
pushing [2] 14/21 18/10
put [2] 49/6 54/6
puts [3] 10/12 10/18 25/20

**Q**

qualified [1] 43/14
quality [1] 48/9
question [9] 41/2 43/16 51/3 52/2 52/6
52/8 52/21 58/8 61/12
questions [5] 28/12 56/5 58/15 58/22
59/22
quicker [1] 21/12
quickly [1] 58/10
quote [1] 48/8

**R**

radiates [1] 38/10
radiating [2] 37/20 57/17
radicular [29] 12/4 15/12 36/15 36/22
36/24 37/7 37/11 38/17 38/22 39/4 41/10
41/16 42/15 42/17 42/23 43/4 50/10 54/20
55/2 55/9 56/13 60/6 60/10 60/11 60/13
60/18 61/5 61/25 62/7
radiologist [2] 17/24 18/1
railroad [14] 9/23 13/6 23/2 23/21 25/1
32/22 46/21 46/25 47/5 55/18 55/19 56/1
58/21 59/13
railroads [1] 32/25
rational [1] 28/8
ray [6] 10/16 17/5 17/5 17/19 20/16 25/15
rays [5] 16/17 16/19 17/16 25/13 25/14
reached [2] 50/3 50/7
read [11] 9/17 9/18 11/18 11/19 38/4 38/5
38/6 40/16 41/2 41/5 46/20
reading [1] 39/23
realize [1] 33/21
really [26] 3/25 8/5 14/7 15/9 15/17 16/12
16/16 16/17 20/3 20/15 23/16 24/7 39/14
40/7 40/8 43/17 43/20 44/4 47/17 47/20
48/9 50/21 54/24 58/6 60/24 61/7
reason [10] 5/5 37/6 41/8 41/9 41/12
41/13 41/14 53/18 60/4 60/8
reasonable [2] 24/23 25/3
reasoning [1] 41/7
recall [2] 39/22 62/7
recess [1] 18/11
recognize [3] 13/1 43/19 47/9
recommend [1] 21/24
record [11] 2/9 26/19 26/24 28/15 37/14
37/16 37/18 40/25 44/2 60/10 63/4
record's [2] 36/4 36/7
recorded [1] 1/24
records [38] 7/16 8/6 8/10 8/11 8/14 9/15
9/19 10/5 10/9 10/17 10/21 10/23 11/2 11/7
11/16 11/20 11/23 12/14 12/15 16/9 16/14
16/18 21/6 21/22 23/8 26/3 36/7 37/11 38/2
38/5 38/21 41/15 42/16 43/3 45/17 55/19
59/5 59/7
recreational [1] 49/14
Recross [2] 59/23 59/25
Redirect [2] 54/2 54/4
reduce [1] 42/3
refer [1] 12/25
referring [1] 31/8
regarding [4] 35/18 46/23 54/7 56/5
regress [1] 39/19
regular [1] 5/7
rehabilitation [2] 9/20 9/21
relationship [3] 23/7 23/9 23/10
release [1] 19/10

**R**

relied [1] 49/22
relief [2] 20/23 20/25
remain [2] 53/9 53/9
remember [8] 4/16 40/10 47/17 47/20
47/25 48/2 48/6 58/21
rephrase [1] 26/20
replayed [1] 33/19
report [23] 8/9 8/14 8/19 8/23 9/6 9/14
9/16 9/24 10/22 11/25 16/1 16/25 17/24
18/3 18/20 19/21 24/3 26/6 31/19 37/16
54/21 55/6 60/3
reported [2] 49/1 49/10
Reporter [1] 1/21
reports [3] 10/16 10/16 11/20
represent [1] 29/1
request [1] 11/21
requests [1] 4/24
requiring [2] 24/5 24/8
residency [2] 3/11 3/12
resolved [5] 12/8 12/10 42/17 42/24 43/10
resolves [1] 40/6
respect [4] 21/7 24/4 24/16 45/6
respond [1] 26/15
rest [1] 56/19
restart [1] 26/20
restriction [1] 52/17
restrictions [7] 21/7 21/16 22/4 23/13
45/14 45/14 57/8
result [1] 45/15
results [1] 49/7
retained [1] 7/24
retains [1] 8/2
Retirement [1] 9/23
return [4] 19/3 24/3 24/20 49/24
returned [1] 28/1
returning [1] 24/4
review [29] 7/24 8/6 9/14 9/15 10/2 10/17
10/19 10/21 10/23 10/25 11/1 11/7 11/23
12/14 12/14 12/15 16/9 16/19 17/22 17/23
18/16 21/6 32/15 36/4 36/7 42/16 43/2
55/18 58/16
reviewed [9] 8/11 8/20 9/13 13/10 15/21
21/22 26/3 31/9 37/10
reviewing [4] 23/7 31/18 36/7 45/17
reviews [2] 7/22 8/3
revision [1] 4/18
revolved [1] 47/7
Richard [1] 1/12
riding [1] 25/20
right [45] 3/14 6/21 9/9 10/19 11/22 12/4
13/20 18/3 18/4 18/7 18/8 18/11 19/2 19/25
20/16 20/17 26/11 27/24 29/10 29/12 32/5
32/7 36/14 36/18 36/19 36/22 36/24 37/20
37/21 38/11 38/17 38/21 39/4 39/18 42/3
43/1 53/2 53/21 53/25 57/18 58/10 60/11
60/18 61/17 61/24
right-sided [7] 36/14 36/22 36/24 38/17
38/21 39/4 60/18
rim [1] 14/11
rise [1] 28/9
risk [1] 49/23
road [2] 49/13 49/13
room [3] 10/16 10/20 39/16
root [1] 18/12
Rosemary [1] 6/19
round [1] 22/20
routinely [1] 25/13
RPR [2] 1/21 63/8
rubber [1] 16/7
rubbery [1] 14/9
rubbing [3] 20/9 20/9 20/9
rule [2] 45/2 61/15

ruptures [1] 14/12
Rush [4] 3/17 3/23 6/8 6/14

**S**

S1 [1] 17/1
s: [1] 63/6
s:/Angela [1] 63/6
sac [3] 18/8 18/9 18/15
sacrum [1] 13/24
Safety [1] 48/22
said [18] 2/5 6/5 16/1 17/1 21/18 24/6 25/2
27/1 27/16 30/23 37/15 40/1 42/17 51/24
52/3 55/8 59/16 60/9
same [7] 5/2 20/15 24/7 27/8 27/9 39/11
40/2
saw [6] 6/18 6/20 12/23 19/22 43/23 43/25
say [15] 22/23 30/17 34/20 36/6 36/16
42/1 44/16 45/10 46/14 47/21 50/5 51/12
57/15 59/18 61/9
saying [1] 40/3
says [8] 18/4 18/13 21/20 48/25 48/25
49/16 55/3 55/13
school [3] 3/5 3/6 35/5
sciatic [1] 56/18
sciatica [1] 12/5
scrape [1] 16/7
screen [1] 21/11
seat [1] 14/10
second [4] 15/23 15/24 26/8 40/17
secondary [2] 12/2 12/5
secretary [1] 10/12
see [36] 5/1 5/5 5/7 5/10 5/12 7/16 9/8
11/21 12/24 13/20 14/5 15/10 15/18 16/22
17/4 17/5 17/6 17/16 19/11 21/23 24/11
25/14 25/14 25/17 32/15 37/16 37/21 37/22
43/18 49/15 49/20 55/18 55/19 56/1 60/9
61/16
seeing [3] 30/2 30/10
seen [9] 19/9 20/5 41/15 42/5 42/6 48/12
51/23 52/3 57/3
self [1] 56/14
semantics [1] 40/5
sensation [1] 55/13
sense [2] 45/1 61/11
sent [2] 18/23 19/23
sentence [2] 27/20 28/3
separated [1] 12/1
sequence [1] 11/5
service [1] 56/2
several [1] 38/20
share [2] 5/16 5/17
shaving [1] 25/20
she [4] 10/14 10/14 10/15 10/17
she's [2] 10/13 10/13
shock [2] 25/21 49/2
shoe [2] 20/8 20/8
shoots [1] 39/20
short [2] 56/13 56/19
shortcut [1] 13/21
shot [1] 56/22
should [7] 24/7 45/10 45/11 54/11 57/9
57/9 59/18
shoulder [2] 12/10 55/14
shouldn't [1] 57/8
show [7] 13/12 13/15 14/2 15/21 17/2
37/13 40/9
showed [7] 13/13 13/13 15/22 15/25 16/1
16/25 54/6
showing [2] 2/23 8/13 21/9 21/15
Shumaker [1] 1/17
sic [3] 27/18 27/21 28/6
side [8] 6/7 18/8 20/13 26/17 26/18 36/19

sided [11] 18/4 36/14 36/18 36/22 36/24
38/17 38/21 39/4 60/10 60/13 60/18
sign [2] 36/25 38/25
significance [1] 7/5
significant [1] 60/7
similar [1] 43/16
simple [1] 15/9
simply [1] 11/16
since [11] 8/19 9/14 10/24 10/24 11/3
29/11 39/3 41/15 42/23 50/14 61/7
sir [9] 37/10 40/9 43/23 50/2 50/16 51/8
51/16 53/16 53/20
Sister [1] 6/19
sit [1] 53/19
sitting [1] 14/10
sized [1] 6/7
skeletal [1] 2/20
skin [1] 20/10
slightly [1] 8/17
small [1] 4/25
smaller [1] 61/10
so [59] 3/24 4/10 5/9 9/8 10/17 11/16
11/17 11/21 12/24 13/1 13/8 13/22 15/1
16/8 17/4 17/7 17/19 19/7 20/4 20/5 20/10
20/12 21/1 22/10 22/11 22/12 22/20 22/24
24/22 25/13 25/24 27/3 28/1 28/15 29/5
29/21 31/11 31/17 31/25 36/21 38/20 39/3
39/12 39/15 41/7 42/20 43/18 47/21 48/8
55/1 56/25 58/6 58/8 58/10 59/4 59/20
60/13 61/20 61/20
some [30] 4/7 6/5 7/10 7/12 16/1 16/1
16/15 16/25 17/17 19/3 20/21 20/25 22/8
25/6 33/22 36/10 41/21 41/24 41/24 43/9
45/3 46/3 51/1 51/5 53/2 56/5 58/20 60/19
62/2 62/3
somebody [1] 19/17
somehow [1] 9/7
someone [15] 15/15 19/24 22/22 23/11
36/17 36/24 39/24 40/4 40/12 43/14 44/24
48/15 50/24 52/21 59/6
something [15] 13/1 15/15 16/16 19/9
20/7 22/12 23/25 25/16 25/18 31/7 35/4
39/5 52/10 56/17 56/21
sometimes [4] 12/19 19/14 19/14 25/17
sorry [16] 9/25 11/1 12/7 14/2 15/1 27/19
30/5 30/14 42/21 42/25 44/1 44/4 47/20
53/22 55/3 57/15
sort [9] 10/18 11/20 14/9 16/6 22/7 22/19
25/12 28/7 52/11
south [2] 1/13 6/7
space [5] 15/7 17/1 17/6 18/11 20/5
spacer [1] 14/6
speaking [2] 31/16 32/13
specializes [1] 2/20
specialties [1] 5/23
spell [1] 2/8
Spielbusch [1] 1/21
spinal [2] 18/9 18/9
spine [12] 5/25 6/2 16/19 19/23 23/5 25/6
25/9 25/20 46/18 46/20 47/11 57/1
spoke [1] 35/23
spoken [1] 29/2
St [2] 3/17 9/22
staff [2] 3/14 6/5
stairs [1] 25/19
stairwell [1] 3/23
standard [5] 5/10 23/12 34/9 34/19 49/19
standards [7] 47/10 47/14 47/22 47/23
47/23 48/3 48/6
standing [1] 15/15
start [3] 4/11 13/18 13/24
starting [1] 3/6
starts [4] 17/10 20/8 42/3 59/17

Case: 3:10-cv-02055-JZ Doc #: 16 Filed: 02/23/12 32 of 32 PageID #: 249

**S**

state [2] 2/8 2/15
states [5] 1/1 1/10 29/18 29/23 49/6
Station [1] 9/21
stay [1] 53/15
stenography [1] 1/24
stenosis [1] 18/25
step [1] 14/19
steroid [3] 18/24 20/1 20/14
sticking [1] 15/4
sticks [1] 15/2
still [10] 5/1 5/7 16/7 22/11 31/18 54/20 55/1 60/22 62/2 62/3
stone [1] 20/8
stop [1] 23/18
straight [5] 10/15 11/16 11/21 22/7 25/12
straight-forward [1] 10/15
strain [10] 12/6 12/6 12/7 12/7 12/8 12/9 16/16 25/20 57/25 58/3
Street [1] 1/18
stress [10] 12/11 12/15 12/20 27/2 28/7 28/11 28/16 43/12 43/15 44/9
stresses [1] 28/2
stressors [2] 27/18 27/23
strictly [2] 31/16 32/13
strike [4] 11/6 12/13 25/4 55/16
Stritch [1] 3/7
stuck [2] 15/6 15/8
studies [2] 49/1 54/8
study [1] 54/6
stuff [2] 29/15 47/1
subjective [1] 53/5
such [5] 6/14 7/15 8/25 39/7 51/12
suddenly [2] 23/4 25/22
suggests [1] 49/1
suing [2] 32/5 32/19
suitable [1] 24/12
Suite [1] 1/13
summarize [1] 10/6
summary [4] 8/11 18/21 26/10 27/5
support [1] 49/23
supporting [1] 48/14
supposed [1] 43/19
sure [19] 13/19 14/16 19/12 23/9 23/10 23/15 24/14 25/10 26/1 32/20 39/10 45/1 47/25 48/17 51/2 52/23 57/4 58/5 59/1
surgeon [13] 2/12 2/18 2/19 12/13 12/18 12/24 13/3 24/6 26/14 29/6 34/20 43/14 58/11
surgeons [2] 7/10 43/18
surgeries [4] 4/14 5/25 6/2 29/9
surgery [23] 3/10 3/12 3/19 3/24 4/7 4/8 5/7 5/11 5/12 5/18 5/19 5/21 7/1 18/25 19/10 19/17 19/24 29/11 29/13 29/18 29/22 53/20 53/24
surgical [2] 9/21 24/24
susceptible [1] 22/15
swelling [1] 20/18
sworn [1] 2/5
symptom [1] 37/23
symptomatic [4] 25/8 39/25 40/12 40/13
symptoms [36] 12/4 15/12 17/14 17/15 22/13 24/19 24/24 25/15 25/18 25/23 27/17 27/22 28/1 36/13 36/17 37/7 41/10 41/16 42/13 42/15 42/17 42/23 43/4 50/10 55/9 55/12 56/13 57/2 60/6 60/25 61/5 61/14 61/16 61/24 61/25 62/7
system [1] 2/20

**T**

take [4] 7/6 7/7 20/12 50/21
taken [1] 16/19
talk [2] 13/9 15/20
talked [10] 10/20 16/5 21/21 21/22 25/5 30/9 36/2 58/14 60/2 61/3
talking [4] 13/17 17/2 21/10 60/14
Taylor [1] 9/21
teach [2] 3/25 35/12
tech [1] 21/12
tell [9] 2/17 3/2 4/2 20/3 22/6 23/18 23/21 23/23 59/20
telling [1] 23/17
temporary [1] 20/25
ten [1] 16/15
term [2] 16/2 56/14
testified [11] 30/13 31/1 31/4 31/20 32/17 32/21 33/2 33/10 35/1 41/8 61/4
testify [8] 30/17 30/18 30/22 31/17 32/25 38/6 58/15 58/19
testifying [7] 30/15 31/9 31/12 45/15 48/2 48/6 58/14
testimony [11] 1/9 30/3 33/6 33/13 33/20 38/7 40/9 41/2 60/4 61/17 62/6
tests [1] 61/19
text [1] 9/8
texted [1] 37/15
texting [1] 9/7
than [9] 6/14 21/19 21/20 21/25 22/15 23/7 30/24 46/20 57/8
thank [14] 3/6 6/16 9/5 15/1 28/12 28/19 28/21 44/7 45/20 48/5 52/13 52/14 57/20 57/20
Thanks [3] 54/1 54/3 62/9
that [255]
that's [33] 3/13 5/15 13/1 13/24 15/4 15/14 15/15 17/8 18/10 18/11 18/24 22/24 23/19 24/12 32/6 34/9 34/21 36/24 39/16 39/25 40/12 40/13 48/11 50/15 50/23 52/10 52/19 54/1 56/20 56/20 59/19 61/1 61/20
thecal [2] 18/8 18/15
their [4] 5/10 7/25 12/21 17/20
them [29] 9/1 10/6 10/6 10/14 11/15 12/1 12/22 12/23 12/25 13/23 14/2 21/4 23/23 29/19 31/5 31/17 31/18 39/19 46/22 48/3 48/9 48/10 48/13 53/15 54/15 59/4 59/7 59/12
themselves [2] 12/20 17/24
then [29] 3/8 3/11 6/8 12/23 12/25 13/24 14/13 14/22 14/22 14/24 15/2 15/24 17/10 17/10 18/13 19/23 20/17 22/9 25/18 28/6 32/16 33/18 39/8 43/20 51/13 56/19 59/5 61/7 61/10
therapy [1] 18/23
there [32] 4/9 4/10 4/14 4/23 9/1 11/25 14/14 15/18 16/7 16/14 16/14 17/7 18/4 20/17 22/17 27/20 35/12 37/7 38/20 43/23 44/18 47/9 47/10 48/3 49/16 54/7 54/13 55/8 57/16 58/20 59/10
there's [19] 4/9 4/24 12/23 14/17 14/18 14/23 22/11 22/25 43/22 44/2 44/16 51/16 53/18 53/19 53/23 59/10 59/12 59/13 59/20
therefore [1] 52/8
these [9] 9/17 9/18 10/12 19/23 22/1 30/4 34/19 39/18 48/8
they [35] 5/9 5/9 5/10 5/11 10/22 16/24 17/18 19/18 21/4 25/2 25/15 27/13 32/8 33/18 33/19 35/16 36/25 39/19 40/1 42/12 45/12 46/11 47/25 48/1 48/5 48/5 51/1 51/2 51/3 52/8 56/9 56/9 56/9 59/19 60/19
they're [11] 11/14 20/13 22/7 25/18 31/18 32/5 32/19 44/4 47/18 48/13 54/18
they've [4] 25/17 46/12 51/5 61/7
thing [24] 5/14 9/6 14/9 14/11 15/4 15/22 20/4 20/15 22/20 22/25 23/2 23/4 24/1 24/7 27/8 30/7 39/2 40/2 41/18 45/25 46/13 50/21 52/24 53/2
things [11] 5/6 6/24 7/2 8/18 10/1 13/13
think [30] 9/1 10/1 11/12 19/7 21/20 22/1 22/19 24/20 24/22 25/24 26/9 26/13 28/9 34/8 39/12 40/2 40/15 42/17 42/22 42/25 43/16 46/11 48/17 52/5 56/11 56/14 57/2 57/17 61/20 62/2
third [1] 3/5
thirdly [1] 15/25
this [73]
Thompson [1] 33/14
those [19] 6/10 7/2 9/9 13/5 16/22 21/10 21/17 22/4 31/4 32/3 36/7 43/9 47/13 48/3 54/14 56/23 58/22 61/3 61/18
thought [3] 13/8 40/1 43/24
three [9] 4/9 12/6 13/23 20/24 21/10 44/20 56/12 61/4 62/6
through [5] 22/23 26/2 34/24 36/8 48/21
throw [1] 54/16
Tiffin [1] 9/22
time [15] 2/1 5/19 8/22 19/1 20/20 32/21 33/2 33/5 33/9 39/8 47/4 55/17 55/23 56/13 61/2
times [6] 4/9 16/13 19/22 20/23 29/2 46/25
tingling [2] 55/13 55/14
tire [1] 16/6
tire's [1] 16/7
today [7] 7/12 7/15 15/11 33/9 35/19 35/22 53/19
together [2] 10/9 10/18
told [4] 30/9 34/8 46/1 47/3
Toledo [3] 1/4 1/18 1/22
too [2] 22/25 40/6
took [4] 17/16 28/3 47/2 62/5
total [1] 31/8
town [2] 11/15 11/15
training [1] 3/3
trains [1] 46/12
transcript [3] 1/9 1/24 63/3
TRANSPORTATION [1] 1/6
trauma [6] 2/21 12/24 12/24 25/5 25/7 43/18
traumatic [9] 12/11 12/15 12/20 27/2 28/7 28/16 43/12 43/15 44/9
treat [5] 7/16 12/22 23/16 43/20 53/14
treated [4] 38/10 38/17 44/3 44/4
treating [6] 4/18 7/14 23/6 23/11 24/6 54/20
treatment [7] 11/6 12/19 18/17 23/17 23/19 50/13 56/7
treatments [1] 16/10
tremendous [1] 25/20
trial [7] 1/6 19/15 33/6 33/13 33/14 33/18 33/19
trucks [2] 49/8 49/9
true [6] 2/24 22/24 34/21 44/24 48/11 52/19
truly [1] 10/13
try [3] 19/10 19/13 21/25
tubs [1] 35/16
tumor [1] 25/16
turned [1] 41/14
TV [1] 21/12
twice [1] 4/23
twisting [4] 21/21 22/1 24/8 57/9
two [29] 3/9 3/16 7/7 12/4 13/13 13/15 13/23 14/6 16/14 16/20 18/13 19/23 20/24 21/4 30/2 33/7 38/22 39/1 39/4 39/6 42/22 44/20 51/10 52/11 56/12 57/2 57/11 57/17 62/5
type [4] 6/22 21/25 43/9 58/20

**U**

U.S [2] 5/1 29/15
unaware [1] 55/8

**U**

understanding [2] 11/5 45/23
uneasiness [1] 27/3
unfair [1] 52/9
UNITED [4] 1/1 1/10 29/18 29/23
university [4] 3/8 3/17 3/23 6/9
unless [1] 40/6
unrational [3] 27/18 27/21 28/6
unrelated [2] 30/7 30/8
until [2] 39/19 55/21
unusual [1] 42/7
up [10] 3/13 14/19 26/16 31/3 46/1 46/25
54/7 54/16 57/17 59/14
upon [1] 2/4
us [1] 59/20
use [1] 16/2
used [4] 39/18 47/10 48/7 56/14
usually [4] 11/14 19/12 60/15 60/15
uterine [1] 25/16

**V**

valid [1] 56/7
van [1] 49/9
various [1] 49/11
vehicles [4] 49/11 49/13 49/14 49/14
versus [1] 33/14
vertebrae [2] 13/16 13/22
very [4] 14/7 14/7 15/9 48/3
vibrations [25] 23/24 24/9 24/15 24/16
46/14 46/17 46/20 46/24 47/4 47/7 47/11
47/24 48/7 48/21 49/7 49/10 49/11 49/16
49/19 51/17 51/18 52/18 54/6 54/7 54/8
video [3] 33/13 33/16 33/19
Vietnam [1] 12/23
vinyl [1] 14/9
visit [3] 9/7 10/20 55/10
visits [1] 10/16

**W**

walk [1] 15/16
want [16] 8/5 14/2 19/12 19/18 23/24
23/25 23/25 29/24 30/20 36/9 42/16 43/13
44/14 46/22 54/15 54/16
wanted [2] 27/10 29/21
was [79]
water [1] 6/20
way [8] 23/15 28/4 35/6 39/20 51/17 52/16
57/25 60/24
we [64]
we'd [1] 2/1
we'll [1] 11/15
we're [10] 4/10 13/22 17/2 26/13 28/15
41/7 41/24 43/18 56/25 60/14
we've [8] 14/22 15/11 22/24 25/5 29/1 29/2
41/15 42/5
week [6] 6/18 33/11 33/14 33/18 33/19
38/19
weeks [4] 4/10 30/13 33/16 62/5
weight [7] 44/11 44/19 45/2 45/7 45/8
45/10 45/11
weights [3] 24/8 45/21 45/23
well [47] 2/21 3/22 4/4 11/6 11/12 18/3
18/22 19/6 19/22 20/3 20/9 22/7 22/13
22/23 23/9 23/15 24/14 25/10 27/1 29/15
30/23 32/6 34/23 36/6 37/3 39/2 39/17
39/21 43/25 46/19 51/2 52/5 52/10 52/25
56/7 56/17 57/4 58/5 59/1 59/3 59/16 60/9
61/3 61/9 61/17 61/23 62/1
went [12] 3/6 3/8 3/11 3/24 19/6 19/7
33/14 33/17 36/8 39/8 61/20 61/21
were [40] 4/8 4/22 4/25 5/21 5/21 9/1
10/22 11/17 11/20 13/5 16/14 16/14 16/15
19/24 21/4 21/17 24/24 27/13 27/17 38/2

60/9 63/13 42/7 63/11 24/5 18/24 48/3 48/6
49/7 49/10 50/10 50/18 51/8 52/8 54/13
54/19 55/8 56/5 57/16 58/14
weren't [1] 8/22
western [2] 1/2 34/9
what [68]
what's [9] 2/23 7/5 14/19 14/24 21/15 24/4
37/13 42/13 47/19
Whatever [1] 44/14
when [22] 3/25 5/5 5/18 5/21 10/5 14/11
15/3 15/4 15/10 17/5 17/10 20/7 22/25 23/1
23/11 25/14 36/17 46/9 53/14 58/24 60/2
60/19
when's [1] 5/18
where [18] 3/5 3/23 4/7 4/9 4/24 7/15
14/21 15/18 16/15 16/22 18/12 19/10 20/2
21/24 33/19 35/7 48/19 57/17
wherever [1] 20/13
whether [4] 24/12 54/19 55/1 59/9
which [25] 6/5 6/8 6/17 6/18 8/9 9/7 11/17
18/5 18/7 18/24 19/24 22/9 28/7 30/21
30/25 31/3 31/20 32/25 35/16 36/8 37/11
38/21 45/6 46/1 61/1
while [2] 9/7 28/3
whiplash [1] 43/9
who [14] 2/19 8/2 10/12 10/13 12/19 35/18
39/24 44/24 46/19 51/23 52/3 52/21 53/14
59/3
who's [1] 52/16
whoever [3] 32/5 32/10 32/19
whole [11] 6/24 13/6 22/20 24/25 46/17
46/23 47/4 47/10 47/24 48/7 49/19
whose [1] 11/13
why [8] 13/25 22/6 26/16 26/20 38/14
39/13 55/16 61/20
will [7] 2/8 20/18 20/19 23/4 25/21 41/22
53/19
Willard [1] 9/19
within [1] 29/23
without [3] 5/11 61/14 62/6
witness [1] 52/12
won't [1] 12/22
word [3] 13/25 14/23 47/6
words [2] 14/20 46/3
work [29] 3/25 4/5 7/15 19/3 19/6 19/11
19/18 20/21 20/21 21/7 21/18 24/3 24/11
25/11 25/11 27/10 27/10 28/3 39/14 39/25
40/4 40/5 40/7 48/15 50/18 51/19 52/22
59/7 59/18
working [6] 30/10 40/14 54/11 55/20
55/23 55/25
works [4] 14/4 19/14 20/2 20/4
workshops [3] 30/7 30/8 33/22
World [1] 7/1
worsened [1] 58/21
would [45] 6/25 11/12 15/15 16/4 17/13
17/15 17/17 21/24 24/20 31/25 35/4 36/13
36/14 36/18 36/18 36/21 36/25 37/23 38/25
39/3 39/25 40/13 44/19 44/20 44/23 44/23
45/6 45/8 46/6 46/7 46/9 47/18 49/23 50/17
50/25 51/4 51/12 51/19 52/20 53/7 53/11
54/10 56/22 60/16 60/17
wouldn't [4] 11/12 29/24 42/6 60/13
written [2] 7/6 18/3
wrong [1] 59/13
wrote [1] 60/3

**X**

x-ray [6] 10/16 17/5 17/5 17/19 20/16
25/15
x-rays [5] 16/17 16/19 17/16 25/13 25/14

**Y**

yeah [17] 6/23 11/14 16/14 27/16 29/17
30/19 31/14 32/6 32/14 38/14 40/3 40/17
40/19 41/12 51/25 54/15 61/9
year [6] 3/10 4/8 20/24 30/9 35/12 47/3
years [31] 3/9 3/12 3/17 3/18 3/22 4/5 4/25
5/4 5/4 7/7 10/12 15/16 16/15 20/24 20/24
27/11 31/1 31/4 34/24 38/22 39/1 39/6
44/20 51/10 55/17 55/19 56/12 56/23 57/3
61/4 62/6
yes [124]
you [344]
you'd [2] 52/21 61/9
you're [27] 5/12 6/5 11/13 12/24 13/17
14/10 14/23 21/10 22/10 22/23 23/3 23/11
28/15 29/5 29/17 29/18 35/18 37/2 38/14
43/1 43/13 45/14 46/16 52/2 58/15 58/24
59/6
you've [26] 5/25 8/11 13/21 16/22 17/11
19/9 20/5 20/14 22/8 22/11 22/19 30/25
31/3 32/17 32/21 33/2 33/5 33/6 33/9 33/25
34/3 35/1 35/4 42/6 48/12 61/13
younger [1] 4/8
your [89]
yourself [2] 28/16 34/3

**Z**

zones [1] 49/18
zoom [1] 37/18
ZOUHARY [1] 1/9